UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official __JCH__ Date __2/11/10__ Trial Day __9__ Case No. __4:07CV270JCH__

__SEC__ Vs. __Gerhardt et al__

Parties present for: (JURY TRIAL)   NON JURY TRIAL
COURT REPORTER: __D. Kriegshauser__

Attorney(s) for Plaintiff(s) __R. Moye, J. Polish__
Attorney(s) for Defendant(s) __S. Gasner, J. Martin__

Jury impaneled and sworn.    Opening Statements of Plaintiff and Defendant made.
Plaintiff's evidence commenced, (resumed) ☐ (and) ☐ but not ☐ (concluded.)
Defendant's evidence commenced ☐ resumed ☐ and ☐ but not concluded.
☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Oral ☒ Written Motion for Judgment as a Matter of Law at the close of pltff's case
filed ☒ made/argued by ☒ pltf(s) ☒ deft(s) ☐ and is ☐ Overruled/Denied ☐ Sustained ☒
Court's ruling reserved ☐ taken under submission ☐ taken with the case. Until 2/12/10
☐ Closing Arguments of counsel made.   ☐ Case taken under advisement.
☐ (Simultaneous) briefs due _____   ☐ Case is settled. Dismissal papers due _____.
☐ Jury charged and retires to consider its verdict(s) at ___ am/pm    ☐ Verdict returned at _____ am/pm
☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, retires to consider its verdict(s) at ___ am/pm   ☐ Verdict(s) returned at ___ am/pm
☐ Jury unable to agree upon its verdict(s) by ___am/pm is excused to resume deliberations ___ at ___ am/pm ☐ The Court declares a MISTRIAL.  ☐ Trial is reset _____.
☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.
☒ Proceedings to continue __2/12__ at __9:00__ (am)/pm
☐ Judgment is entered accordingly this date.

PROCEEDINGS COMMENCED __9:20__   CONCLUDED: __4:30__

12:20 — 1:40 Lunch