# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official **JCH**   Date **2/12/10**   Trial Day **10**   Case No. **4:07CV270JCH**

**SEC** vs. **Gerhardt et al**

Parties present for: **(JURY TRIAL)**   NON JURY TRIAL
COURT REPORTER: **D. Kriegshauser**

Attorney(s) for Plaintiff(s) **R. Moye, J. Polish, J. Shank**
Attorney(s) for Defendant(s) **S. Garner, J. Martin**

Jury impaneled and sworn.    Opening Statements of Plaintiff and Defendant made.
Plaintiff's evidence commenced, resumed ☐ and ☐ but not ☐ concluded.
Defendant's evidence commenced ☐ resumed ☐ and ☐ but not concluded.
☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Oral ☐ Written Motion for Judgment as a Matter of Law at the close of pltff's case
☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ and is ☐ Overruled/Denied ☐ Sustained ☐
Court's ruling reserved ☐ taken under submission ☐ taken with the case.
☐ Closing Arguments of counsel made. ☐ Case taken under advisement.
☐ (Simultaneous) briefs due _____ ☐ Case is settled. Dismissal papers due _____.
☐ Jury charged and retires to consider its verdict(s) at ___ am/pm   ☐ Verdict returned at _____ am/pm
☐ Jury having been given a special verdict in the form of written interrogatories for finding of
fact, retires to consider its verdict(s) at ___ am/pm ☐ Verdict(s) returned at ___ am/pm
☐ Jury unable to agree upon its verdict(s) by ___ am/pm is excused to resume deliberations ___
at ___ am/pm ☐ The Court declares a MISTRIAL. ☐ Trial is reset _____.
☐ On motion of ☐ plaintiff ☐ defendant ☐ Court the jury is polled.
Proceedings to continue _____ at _____ am/pm
☐ Judgment is entered accordingly this date.

**Court Grants deft's MTJ for Judgment as a Matter of Law. Complaint Dismissed. Jurors excused.**

PROCEEDINGS COMMENCED **9:05**    CONCLUDED: **9:25**