# EXHIBIT LIST

DATE: 2/1/10  CAUSE NUMBER: 4:07 cv 270 JCH

STYLE: Securities & Exchange Commission v. Shanahan   page 1

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| Δ's H002 | 2/2/10 | Randall Heron | APB Opinion 25 | | 2/2/10 |
| Δ's H003 | 2/2/10 | " " | FAS 123 (Financial Accounting Standards) | | |
| Δ's V016 | 2/2/10 | " " | On the Timing of CEO Stock Option Awards article | | 2/2/10 |
| Δ's D073 | 2/2/10 | " " | 4/11/01 Email re Comp Committee Meeting on 4/5/01 | | |
| Δ's N030 | 2/2/10 | " " | 2002 Notice of Annual Meeting of ESSI Shareholders w/ attached Proxy Statement | | |
| Δ's N025 | 2/2/10 | " " | 2000 Notice of Annual Meeting of ESSI Shareholders w/ attached Proxy Statement | | |
| π's 74 | 2/2/10 | Steven J. Landmann | 12/3/96 Stock option award letters & Certificates | | 2/2/10 |
| π's 3 | 2/2/10 | " " | December '96 handwritten list of ESSI Stock Options | | 2/2/10 |
| π's 76 | 2/2/10 | " " | 2/2/98 Stock option award letters & Certificates | by Defendant | 2/2/10 |
| π's 75 | 2/2/10 | " " | 3/11/98 Stock option award letters & Certificates | | 2/2/10 |
| π's 38 | 2/2/10 | " " | 4/8/98 Gerhardt note to Landmann re stock options | | 2/3/10 |
| π's 177 | 2/2/10 | " " | Marked-up draft 3/11/98 Stock option award letter | | 2/2/10 |
| π's 77 | 2/2/10 | " " | 8/12/98 Stock option award letters & Certificates | | 2/2/10 |
| π's 78 | 2/2/10 | " " | 9/8/98 Stock option award letters & Certificates | | 2/2/10 |
| π's 14 | 2/2/10 | " " | 9/30/98 Stock option list | | 2/3/10 |
| π's 34 | 2/3/10 | " " | 8/21/98 Salary & Stock option list w/ 9/15/98 notes | | 2/3/10 |
| π's 164 | 2/3/10 | " " | Marked-up draft 8/12/98 Stock option award letter & certificate | | 2/3/10 |
| π's 80 | 2/3/10 | " " | 4/22/99 Stock option award letters & Certificates | | 2/3/10 |
| π's 4 | 2/3/10 | " " | '99 notes re ESSI Stock Options | | 2/3/10 |
| π's 79 | 2/3/10 | " " | '99 Stock option award instructions & marked-up draft award letter & Certificate | | 2/3/10 |
| π's 82 | 2/3/10 | " " | 7/2/99 Stock option award letters & Certificates | | 2/3/10 |
| π's 81 | 2/3/10 | " " | Records pertaining to 7/1/99 Option grant | | 2/3/10 |
| π's 83 | 2/3/10 | " " | 12/9/99 Stock option award letters & Certificates | | 2/3/10 |
| π's 192 | 2/3/10 | " " | Handwritten stock option list for 12/9/99 option grant | | 2/3/10 |
| π's 23 | 2/3/10 | " " | 3/20/00 list of stock option recipients w/ marked-up draft award letter & Certificate | | 2/3/10 |
| π's 215 | 2/3/10 | " " | Form 4 for Shanahan Sr. signed 1/6/00 | by Defendant | 2/3/10 |
| π's 194 | 2/3/10 | " " | ESSI Stock option grant Schedule | | 2/3/10 |
| π's 216 | 2/3/10 | " " | Form 4 for Gerhardt signed 1/6/00 | | 2/3/10 |

# EXHIBIT LIST

DATE: 2/1/10 -    CAUSE NUMBER: 4:07cv270 JCH

STYLE: Securities & Exchange Commission v. Shanahan    Page 2

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| π's 84 | 2/3/10 | Steven J. Landmann | 5/5/00 Stock option award letters & Certificates | | 2/3/10 |
| π's 50 | 2/3/10 | " " | 1/12/01 Stock option award letter & Certificate to Nicholson & acceptance of position | | 2/3/10 |
| π's 15 | 2/3/10 | " " | Records pertaining to 5/4/00 option grant | | 2/3/10 |
| π's 86 | 2/3/10 | " " | 3/30/01 stock option award letters & Certificates | | 2/3/10 |
| π's 6 | 2/3/10 | " " | 4/11/01 email re Comp Committee Meeting | | 2/3/10 |
| π's 52 | 2/3/10 | " " | 7/25/02 Stock option award letters & Certificates | | 2/3/10 |
| π's 20 | 2/3/10 | " " | 7/25/02 email re options | | 2/3/10 |
| π's 217 | 2/3/10 | " " | Form 4 for Shanahan Sr. filed 8/7/02 | | 2/3/10 |
| π's 25 | 2/3/10 | " " | 2002 Stock option recommendations for 10/17/02 grant option | | 2/3/10 |
| π's 43 | 2/3/10 | " " | Records pertaining to 9/14/01 exercise of Stock options by Shanahan Jr. | | 2/3/10 |
| π's 56 | 2/3/10 | " " | 2/8/96 Memo re Non-employee director options | | 2/3/10 |
| π's 189 | 2/3/10 | " " | Records pertaining to 8/27/98 exercise of Stock options by Shanahan Jr. | | 2/3/10 |
| π's 190 | 2/3/10 | " " | Records pertaining to 6/1/01 exercise of stock options by Shanahan Jr. | | 2/3/10 |
| π's 118 | 2/3/10 | " " | ESSI Definitive 14A (proxy Statement) filed 2/5/97 | | 2/3/10 |
| π's 119 | 2/3/10 | " " | ESSI Definitive 14A (proxy statement) filed 2/5/98 | | 2/3/10 |
| π's 120 | 2/3/10 | " " | ESSI Definitive 14A (proxy Statement) filed 2/1/99 | | 2/3/10 |
| π's 35 | 2/3/10 | " " | 2/1/99 ESSI draft proxy statement w/ handwritten changes | | 2/3/10 |
| π's 121 | 2/3/10 | " " | ESSI Definitive 14A (proxy Statement) filed 1/28/00 | | 2/3/10 |
| π's 122 | 2/3/10 | " " | ESSI Definitive 14A (proxy Statement) filed 1/29/01 | | 2/3/10 |
| π's 123 | 2/3/10 | " " | ESSI Definitive 14A (proxy Statement) filed 1/28/02 | | 2/3/10 |
| π's 125 | 2/3/10 | " " | ESSI Definitive 14A (proxy statement) filed 1/28/03 | | 2/3/10 |
| π's 132 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/97 filed 1/28/98 | | 2/3/10 |
| π's 133 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/98 filed 1/29/99 | | 2/3/10 |
| π's 134 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/99 filed 1/28/00 | | 2/3/10 |
| π's 135 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/00 filed 1/29/01 | | 2/3/10 |
| π's 136 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/02 filed 1/28/03 | | 2/3/10 |
| π's 137 | 2/3/10 | " " | ESSI Form 10-K for fiscal year ended 10/31/01 filed 1/28/02 | | 2/3/10 |
| π's 48 | 2/3/10 | " " | List w/ notes re discussion on option "no repricing clause" | | 2/3/10 |

EXHIBIT LIST

DATE: 2/1/10 —   CAUSE NUMBER: 4:07cv270 JCH

STYLE: Securities & Exchange Commission v. Shanahan    Page 3

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| π's 124 | 2/3/10 | Steven J. Landmann | ESSI Definitive 14A (proxy statement) filed 5/1/02 | | 2/3/10 |
| π's 103 | 2/3/10 | " " | 3/20/00 handwritten notes | by Defendant | |
| π's 104 | 2/3/10 | " " | 2/24/00 fax from Maguire re proxy voting guidelines letter | | 2/3/10 |
| π's 155 | 2/3/10 | " " | 2/14/02 email from Corrao re Fidelity Investments, attaching voting guidelines | | 2/3/10 |
| Δ's D3 | 2/4/10 | " " | 12/3/96 Draft Stock option award letter & certificate w/ handwriting | | 2/4/10 |
| Δ's D7 | 2/4/10 | " " | 1/22/97 handwritten notes re Gerhardt Instructions for Capeless Options | | 2/4/10 |
| Δ's D16 | 2/4/10 | " " | 3/10/98 America Online ESSI Stock price list w/ notes | | 2/4/10 |
| Δ's E84 | 2/4/10 | " " | 12/22/03 email recommending Stock option grant for Sean | by Plaintiff | |
| Δ's W74 | 2/4/10 | " " | Compilation of Landmann Stock Option Award Letters & Certificates | by Plaintiff | 2/4/10 |
| Δ's W76 | 2/4/10 | " " | 1/31/06 Landmann HM Capital Management Merger Consideration Report | by plaintiff | 2/4/10 |
| Δ's W75 | 2/4/10 | " " | Compilation of Landmann Stock Option Exercise Documents | by plaintiff | 2/4/10 |
| Δ's I88 | 2/4/10 | " " | 7/20/00 PwC Pre-exam report to ESSI Audit Committee | | 2/4/10 |
| Δ's I89 | 2/4/10 | " " | 12/7/00 PwC Report to ESSI Audit Committee | | 2/5/10 |
| Δ's I86 | 2/5/10 | " " | 12/16/99 PwC Report to ESSI Audit Committee | | 2/5/10 |
| Δ's I100 | 2/5/10 | " " | 12/19/02 PwC Post-Exam Report to ESSI Audit Committee | | 2/5/10 |
| Δ's K9 | 2/5/10 | " " | 2/22/99 ESSI PwC Representation letter | | 2/5/10 |
| Δ's K21 | 2/5/10 | " " | 12/7/00 ESSI PwC Representation Letter | | 2/5/10 |
| Δ's K26 | 2/5/10 | " " | 9/14/02 ESSI PwC Representation Letter | | 2/5/10 |
| Δ's I40 | 2/5/10 | " " | 1/28/02 PwC Workpaper — "SBC Program" | | |
| Δ's J1 | 2/5/10 | " " | 1/10/02 Landmann notes re Stock Option exercises | | 2/5/10 |
| Δ's E57 | 2/5/10 | " " | 10/31/02 Chart re ESSI Stock Options for Year Ending 10/31/02 | | 2/5/10 |
| Δ's Q3 | 2/5/10 | " 9 | 1/9/02 Landmann notes re "Comp Committee Report" | | 2/5/10 |
| Δ's Q1 | 2/5/10 | " " | '96 Draft Report on Executive Compensation | | 2/5/10 |
| Δ's F26 | 2/5/10 | " " | '91 Draft Stock Equity Plan w/ handwritten edits | | 2/5/10 |
| Δ's Q4 | 2/5/10 | " " | 1/24/01 Draft 2000 ESSI Form 10-K w/ notes | | 2/5/10 |
| Δ's P2 | 2/5/10 | " " | 1/29/01 Compilation of ESSI Board Member letters from Landmann | | 2/5/10 |
| Δ's P3 | 2/5/10 | " " | 1/17/01 Set of Signed Signature Pages for 1/29/01 ESSI Form 10-K | | 2/5/10 |
| Δ's V3 | 2/5/10 | " " | 3/11/98 Draft Stock option award letter and Certificate to Earls | | 2/5/10 |

# EXHIBIT LIST

DATE: 2/1/10　　　　CAUSE NUMBER: 4:07cv270JCH

STYLE: Securities & Exchange Commission v. Shanahan　　　Page 4

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| Δ's B43 | 2/5/10 | Steven J. Landmann | 12/6/00 ESSI Organizational Chart | | 2/5/10 |
| π 17 | 2/8/10 | ③ | Email | | 2/9/10 |
| π 52 | 2/8/10 | ③ | Stock options Award Ltrs | | |
| Δ<sup>D</sup> 62 | 2/8/10 | 3 | Spreadsheet of π's Exh 15 | | |
| Δ D16 | 2/8/10 | 3 | ESSI Stock price list w/notes | | |
| Δ G007 | 2/8/10 | 3 | Email from Lew. | | |
| π 162 | 2/8/10 | 4 | 8/18/95 Fax | | 2/8/10 |
| π 2 | 2/8/10 | 4 | 10/18/96 Mattern Memo | | 2/8/10 |
| π 34 | 2/8/10 | 4 | 8/21/98 Salary/Option List | | Already Admitted |
| π 40 | 2/8/10 | 4 | 5/5/00 Letter | | 2/8/10 |
| π 41 | 2/8/10 | 4 | Stock Opt Award Letter | | 2/8/10 |
| Δ Y | 2/8/10 | 4 | 4 Initialed X's | | 2/8/10 |
| Δ C002 | 2/8/10 | 4 | Compilation Memo | | |
| π 5 | 2/8/10 | 5 | 7/17/00 Fax | | 2/8/10 |
| π 195 | 2/9/10 | 5 | 7/16/02 Email | | 2/9/10 |
| π 197 | 2/9/10 | 5 | 8/8/02 Email | | 2/9/10 |
| Δ C30 | 2/9/10 | 5 | Minutes 12/15/94 | | 2/9/10 |
| Δ C41 | 2/9/10 | 5 | Minutes 2/19/96 | π 2/9 | 2/9/10 |
| Δ C43 | 2/9/10 | 5 | Minutes 3/6/97 | | 2/9/10 |
| Δ C49 | 2/9/10 | 5 | Minutes 12/18/97 | | 2/9/10 |
| Δ C52 | 2/9/10 | 5 | Minutes 7/10/98 | | 2/9/10 |
| Δ C71 | 2/9/10 | 5 | Minutes 7/20/00 | | 2/9/10 |
| Δ C79 | 2/9/10 | 5 | Minutes 9/14/01 | | 2/9/10 |
| Δ C85 | 2/9/10 | 5 | Minutes 7/18/02 | | 2/9/10 |
| Δ G39 | 2/9/10 | 5 | 7/20/00 Agenda | | 2/9/10 |
| Δ G34 | 2/9/10 | 5 | 10/17/96 Memo | | 2/9/10 |
| Δ D59 | 2/9/10 | 5 | Clean Version | | 2/9/10 |
| Δ W145 | 2/9/10 | 5 | Compilation of Award Ltrs | | 2/9/10 |

# EXHIBIT LIST

DATE: 2/9 page 5  CAUSE NUMBER: 4:07CV270JCH
STYLE: SEC v Gerhardt et al

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| Δ S007 | 2/9/10 | 6 | | | 2/9/10 |
| π 1 | 2/9/10 | 7 | Memo | | |
| π 6 | 2/9/10 | 7 | Email | | |
| π 62 | 2/9/10 | 7 | Desk Calendar | | 2/9/10 |
| π 63 | 2/9/10 | 7 | 10/22/02 Email | | 2/9/10 |
| π 90 | 2/10/10 | 7 | Chart | | 2/10/10 |
| Δ W83 | 2/10/10 | 7 | Resume | | 2/10/10 |
| Δ W84 | 2/10/10 | 7 | Quartermasters | | 2/10/10 |
| Δ G17 | 2/10/10 | 7 | 11/21/91 Report | | 2/10/10 |
| Δ G63 | 2/10/10 | 7 | 12/27/04 Email | | 2/10/10 |
| Δ B15 | 2/10/10 | 7 | Reprint of Article | | |
| Δ W85 | 2/10/10 | 7 | Collection of Exhibits | | 2/10/10 |
| Δ W88 | 2/10/10 | 7 | Stock Options List | | 2/10/10 |
| Δ W93 | 2/10/10 | 7 | Collection of form 4s | | |
| Δ G73 | 2/10/10 | 7 | Highest Paid Execs | 2/10/10 | 2/10/10 |
| Δ N9 | 2/10/10 | 7 | 94'-93 time period | | 2/10/10 |
| Δ M14 | 2/10/10 | 7 | 1/19/97 ESST form | | |
| Δ G6 | 2/10/10 | 7 | Long Email Chain | 2/10/10 | 2/10/10 |
| Δ N16 | 2/10/10 | 7 | | | 2/10/10 |
| Δ T1 | 2/10/10 | 8 | Analyst Reports | | 2/10/10 |
| Δ T4 | 2/10/10 | 8 | Analyst Report | | 2/10/10 |
| Δ T6 | 2/10/10 | 8 | Analysts Reports | | 2/10/10 |
| Δ T10 | 2/10/10 | 8 | Analysts Reports | | 2/10/10 |
| Δ T12 | 2/10/10 | 8 | Analysts Reports | | 2/10/10 |
| π 439 | 2/10/10 | 9 | Research Report | | 2/10/10 |
| π 440 | 2/10/10 | 9 | ISS Report | | 2/10/10 |
| π 443 | 2/10/10 | 9 | ISS Proxy Analysis | | 2/10/10 |
| π 449 | 2/10/10 | 9 | | | |

# EXHIBIT LIST

DATE: 2/10/10 page 6  CAUSE NUMBER: 4:07CV270JCH
STYLE: SEC v. Gerhardt et al

| | NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|---|
| | R 19 | 2/10 | 9 | 2/12/03 ISS Proxy | | 2/10/10 |
| | R 18 | 2/10 | 9 | 5/20/02 ISS Proxy | | 2/10/10 |
| | R. 20 | 2/10 | 9 | 1/16/04 ISS Proxy | | 2/10/10 |
| | π 453 | 2/10 | 10 | ESSI list of phone calls | | |
| | π 64 | 2/9 | 7 | ESSI Charter | | 2/10/10 |
| | π 474 | 2/11 | 12 | | | |
| 105 | π 475 | 2/11 | 12 | Notice of Mtg 2/1/00 | | 2/11/10 |
| | π 477 | 2/11 | 12 | Form letter/Guidelines | | |
| 106 | π 478 | 2/11 | 12 | 2002 Proxy Stmt | | 2/11/10 |
| 107 | π 485 | 2/11 | 13 | Research Report | | 2/11/10 |
| 109 | π 487 | 2/11 | 13 | Research Report | | 2/11/10 |
| 112 | π 490 | 2/11 | 13 | Report 10/16/02 | | 2/11/10 |
| 114 | π 492 | 2/11 | 13 | Sum Report 12/19/02 | | 2/11/10 |
| 108 | π 486 | 2/11 | 13 | Report 6/20/00 | | 2/11/10 |
| 111 | π 489 | 2/11 | 13 | Report 8/28/02 | | 2/11/10 |