# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff(s),

        v.            CASE NUMBER:    4:07CV270JCH

MICHAEL F. SHANAHAN, JR.

    Defendant(s).

9    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

:    **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment as a matter of law is entered for Defendant Shanahan, Jr. and against Plaintiff Securities and Exchange Commission and all claims of Plaintiff's complaint are Dismissed.

James G. Woodward
CLERK

February 12, 2010
DATE

By:  /s/ C. Lippold
DEPUTY CLERK