EXHIBIT A



**ARMSTRONG TEASDALE *LLP***

ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MISSOURI 63102-2740
PHONE: 314.621.5070
FAX: 314.621-5065

| MISSOURI | KANSAS | ILLINOIS | WASHINGTON, DC | NEVADA | SHANGHAI | SYDNEY |

FED ID: 43-1274026 *ATTORNEYS AT LAW*

Michael Shanahan
Huntleigh-McGehee
8235 Forsyth Blvd.
Suite 1200
Clayton, MO 63105

August 11, 2009
Invoice No. 1312679
File No. 26393 / 1

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---:|
| 07/09/09 | Filing Fees - VENDOR: Clerk, U.S. District Court, Eastern Dist; INVOICE#: PRO_HAC_VICE_070909; DATE: 7/9/2009 | 100.00 |
| 07/16/09 | Business Meal - VENDOR: James G. Martin; INVOICE#: LUNCH_07/16/09; DATE: 7/16/2009 | 54.69 |
| 07/16/09 | Miscellaneous - VENDOR: TTA--Research and Guidance; INVOICE#: 12017432; DATE: 6/25/2009 - Acct 901068016 | 183.62 |
| 07/27/09 | Messenger Service - | 5.00 |
| 07/10/09 | Digital Reproductions - User: 10407, 3 pages | 0.27 |
| 07/20/09 | Digital Reproductions - User: 10279, 180 pages | 16.20 |
| 07/21/09 | Digital Reproductions - User: 10251, 12 pages | 1.08 |
| 07/22/09 | Digital Reproductions - User: 10279, 387 pages | 34.83 |
| | **Total Disbursements** | 395.69 |
| | **Matter Total** | 6,379.69 |



# ARMSTRONG TEASDALE LLP

ONE METROPOLITAN SQUARE, SUITE 2600
ST. LOUIS, MISSOURI 63102-2740
PHONE: 314.621.5070
FAX: 314.621.5065

| MISSOURI | KANSAS | ILLINOIS | WASHINGTON, DC | CALIFORNIA | NEVADA | SHANGHAI | SYDNEY |

FED ID: 43-1274026

*ATTORNEYS AT LAW*

Michael Shanahan
Huntleigh-McGehee
8235 Forsyth Blvd.
Suite 1200
Clayton, MO 63105

November 14, 2007
Invoice No. 1163101
File No. 26393 / 1

## Disbursements Summary

| Date | Cost | Amount |
|---|---|---:|
| 10/05/07 | Fax Charges - | 12.75 |
| 10/08/07 | Database Search - Westlaw - Westlaw | 513.50 |
| 10/08/07 | Fax Charges - | 2.25 |
| 10/08/07 | Legal Technology Services - VENDOR: Lawgical Choice; INVOICE#: 1154744; DATE: 10/5/2007 | 3,318.98 |
| 10/08/07 | UPS Overnight Delivery - UPS, Matthew F. Madden, McDermott Will & Emery | 5.52 |
| 10/09/07 | Fax Charges - | 12.00 |
| 10/09/07 | Filing Fees - VENDOR: Clerk, U.S. District Court, Eastern Dist; INVOICE#: PRO_HAC_VICE_100907; DATE: 10/9/2007 | 300.00 |
| 10/10/07 | Database Search - Westlaw - Westlaw | 287.94 |
| 10/10/07 | Filing Fees - VENDOR: Clerk, U.S. District Court, Eastern Dist; INVOICE#: PRO_HAC_VICE_101007; DATE: 10/10/2007 | 100.00 |
| 10/13/07 | Database Search - Westlaw - Westlaw | 273.63 |
| 10/16/07 | Copying Expense - Outside - VENDOR: Commercial Document Solutions, Inc.; INVOICE#: 231321; DATE: 9/27/2007 | 10,313.10 |
| 10/25/07 | Copying Expense - Outside - VENDOR: Ikon Office Solutions; INVOICE#: STL07100062; DATE: 10/5/2007 | 326.49 |
| 10/25/07 | Copying Expense - Outside - VENDOR: Ikon Office Solutions; INVOICE#: STL07100223; DATE: 10/24/2007 | 198.16 |
| 10/25/07 | UPS Overnight Delivery - UPS, Matthew F. Madden, McDermott Will & Emery | 4.52 |
| 10/29/07 | Database Search - Westlaw - Westlaw | 422.37 |
| 10/29/07 | Long Distance Telephone - Long Distance Telephone | 24.26 |
| 10/31/07 | Copying Expense - Outside - VENDOR: National Archives Trust Fund; INVOICE#: COPIES_103107; DATE: 10/31/2007 | 70.00 |
| 10/01/07 | Digital Reproductions - User: 10327, 191 pages | 17.19 |
| 10/02/07 | Digital Reproductions - User: 10279, 31 pages | 2.79 |

no *Hanahan*

---

**From:** Arlene Picar
**Sent:** Monday, January 25, 2010 1:27 PM
**To:** Accounting
**Subject:** Request for check

Payable to: Clerk, United States District Court, Eastern District of Missouri
Reason: Fee for pro hac vice admission
Amount: $100

Reference: SHANAHAN

Thanks!

---

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

**43991**

| DATE: 1/25/2010 | PAYEE: Clerk, U. S. District Court, Eastern District of | | | CHECK #: 43991 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3255-001 | 1/25/2010 | 1/25/10 | shanahan - suyun kim - pro hac vice fee | 100.00 |

TOTAL: $ 100.00

MSF4001-1
SAFEGUARD LITHO USA  SFSL2M  CK7508112M
REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422
GWLDC50010000  M98SF014318

1/25/2010

11⁰  *Hanahan* (signature)

---

**From:** Arlene Picar
**Sent:** Monday, January 25, 2010 12:52 PM
**To:** Accounting
**Subject:** Request for Check

Payable to: The State Bar of California
Amount: $25
Reason: Certificate of Good Standing for Pro Hac Vice Admission of Suyun Kim to practice in USDC/Missouri

Reference: SHANAHAN

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.  San Francisco, CA 94111-1704

43992

| DATE: 1/25/2010 | PAYEE: State Bar of California | | | CHECK #: 43992 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 3255-001 | 1/25/2010 | 1/25/10 | shanahan - suyun kim - cert of good standing | 25.00 |

TOTAL: $ 25.00

MSF4001-1  SAFEGUARD. LITHO USA  SFSL2M  CX7S08112M    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422    GWLDC50010000  M98SF014318

1/25/2010