EXHIBIT B

## SUMMARY TABLE OF COSTS FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS
### (DEPOSITIONS)

| Date | Deponent | Noticing Party | Total Cost | Total Claimed Cost |
|---|---|---|---|---|
| 3/18/2009 | Earl Wims | SEC | $670.46 | $508.20 |
| 4/2/2009 | Steven Landmann | MFS Jr. | $3,515.10 | $2,946.75 |
| 4/21/2009 | Gerald Potthoff | SEC | $821.44 | $664.80 |
| 4/28/2009 | Gary C. Gerhardt | MFS Jr. | $1,178.35 | $806.20 |
| 5/5/2009 | Michael Shanahan, Jr. | SEC | $1,645.01 | $1,577.00 |
| 5/6/2009 | Michael Shanahan, Sr. | SEC | $1,436.65 | $1,357.65 |
| 5/21/2009 | David Mattern | SEC | $1,094.64 | $968.00 |
| 5/29/2009 | Randall A. Heron, Ph. D. | MFS Jr. | $3,478.41 | $2,590.30 |
| 6/3/2009 | General Kenneth Lewi | MFS Jr. | $3,162.21 | $2,664.40 |
| 6/5/2009 | Allan Kaste | MFS Jr. | $2,709.91 | $2,324.10 |
| 7/14/2009 | Gerald Daniels | SEC | $621.80 | $534.80 |
| 7/15/2009 | Diane Harsin | MFS Jr. | $1,311.97 | $1,074.75 |
| 7/17/2009 | Thomas Guilfoil | MFS Jr. | $2,203.18 | $1,826.50 |
| 7/22/2009 | Selman Akyol | SEC | $1,274.79 | $657.90 |
| 7/23/2009 | Margie Witt | MFS Jr. | $2,543.43 | $2,111.65 |
| 7/27/2009 | Thomas Litz | MFS Jr. | $3,222.93 | $2,680.45 |
| 7/28/2009 | William Bush | MFS Jr. | $2,098.33 | $1,738.90 |
| 7/29/2009 | Crosbie F. Saint | MFS Jr. | $2,609.58 | $2,155.20 |
| 8/4/2009 | Ernest Ten Eyck | SEC | $1,022.14 | $862.40 |
| 8/5/2009 | John Wichlenski | SEC | $1,547.53 | $780.30 |
| 8/6/2009 | Daniel Kreher | SEC | $1,565.39 | $798.15 |
| 8/12/2009 | Martha Carter | SEC | $1,122.41 | $941.85 |
| 8/19/2009 | Jay Weinstein | SEC | $686.89 | $350.00 |
| 8/21/2009 | Gerald Nicholson | MFS Jr. | $1,981.30 | $1,935.25 |
| 8/25/2009 | Mark A. Lundvall | SEC | $237.20 | $196.60 |
| 8/26/2009 | Walter Kirchberger | SEC | $569.35 | $569.35 |
| 9/15/2009 | Patrick Mittendorf | MFS Jr. | $1,846.50 | $1,773.05 |
| 9/20/2009 | Christopher Briggs | SEC | $1,931.64 | $1,253.10 |
| 9/22/2009 | Cynthia Vallina-Butters | MFS Jr. | $797.93 | $636.70 |
| 9/22/2009 | Jason Wheatley | MFS Jr. | $893.53 | $669.40 |
| 10/1/2009 | Al Kent | MFS Jr. | $2,717.39 | $1,696.85 |
| 10/19/2009 | Eric Roiter | SEC | $650.45 | $586.50 |
| 11/6/2009 | Scott Hlavacek | MFS Jr. | $1,943.95 | $1,220.75 |

| 1/28/2010 | General Kenneth Lewi | SEC | $1,974.27 | $1,228.00 |
| --- | --- | --- | --- | --- |
| | | **GRAND TOTAL:** | $57,086.06 | $44,685.80 |

 **ESQUIRE**


**ESQUIRE**
an Alexander Gallo Company

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ36755

| Invoice Date | Terms |
|---|---|
| 04/08/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/18/2009 | SEC vs. SHANAHAN, MICHAEL F. | 37037 | 04/02/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 03/18/2009, EARL WIMS | | | |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| COPY OF TRANSCRIPT/WORD INDEX (182 Pages) | $ 2.55 | 182.00 | $ 464.10 |
| EXHIBITS | $ 44.10 | 1.00 | $ 44.10 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 587.20 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 53.26 |
| | | | $ 83.26 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION:  ST. LOUIS, MO

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 670.46 |
| Paid: | $ 670.46 |
| Balance Due: | $ 0.00 |
| Payment Due: | 05/08/2009 |

After 05/23/2009 Pay This Amount: $ 0.00

Tax Number:  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ36755
Invoice Date: 04/08/2009
Balance: $ 0.00
Due Date: 05/08/2009
Late Date: 05/23/2009
Late Amount: $ 0.00

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                                 Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000036755  04082009  7  000000000  0  05082009  05232009  9  000000000  09

 $500

Shanahan

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway - Suite 1400
St. Louis, MO 63102
Phone:877-421-0099  Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 266509 | 4/14/2009 | 65320 |
| **Job Date** | **Case No.** | |
| 4/2/2009 | 4:07-CV-270-JCH | |
| **Case Name** | | |
| Securities and Exchange Commission vs. Michael F. Shanahan, Sr., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stuart L. Gasner
Keker & Van nest, LLP
710 Sansome Street
San Francisco, CA 94111

EXPEDITED ORIGINAL TRANSCRIPT WITH WORD INDEX

| | | | |
|---|---|---|---|
| STEVEN LANDMANN | 300.00 | Pages | 1,503.00 |
| Attendance of Reporter | | | 200.00 |
| Realtime | 262.00 | Pages | 340.60 |
| Rough ASCII | 262.00 | Pages | 0.00 |
| ASCII | | | 0.00 |
| Scanned/E-mail Exhibits | 815.00 | Pages | 203.75 |
| Handling & Delivery | | | 24.00 |

**TOTAL DUE >>>**        **$2,271.35**

A/C somo
client

Deposition time after hours.

A transcript copy was forwarded to Schultz & Associates for the witness to read and sign.

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

PAID  MAY  7 2009    POSTED

**THIS DEPOSITION TAKEN IN CHESTERFIELD, MO**

Tax ID: 37-1302924                                             Phone: 415-391-5400    Fax:415-397-7188

*Please detach bottom portion and return with payment.*

Stuart L. Gasner
Keker & Van nest, LLP
710 Sansome Street
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 266509 |
| Invoice Date | : | 4/14/2009 |
| **Total Due** | : | **$2,271.35** |

Remit To:  **PohlmanUSA Court Reporting
10 South Broadway - Suite 1400
St. Louis, MO 63102**

| | | |
|---|---|---|
| Job No. | : | 65320 |
| BU ID | : | 01-MAIN |
| Case No. | : | 4:07-CV-270-JCH |
| Case Name | : | Securities and Exchange Commission vs. Michael F. Shanahan, Sr., et al. |

_Hanahan_

# INVOICE

PohlmanUSA Court Reporting
10 South Broadway - Suite 1400
St. Louis, MO 63102
Phone:877-421-0099  Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 266915 | 4/20/2009 | 65321 |

| Job Date | Case No. | |
|---|---|---|
| 4/2/2009 | 4:07-CV-270-JCH | |

| Case Name | | |
|---|---|---|
| Securities and Exchange Commission vs. Michael F. Shanahan, Sr., et al. | | |

| • | Payment Terms | |
|---|---|---|
| Due upon receipt | | |

Stuart L. Gasner
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

VIDEOTAPING RE DEPOSITION OF:

STEVEN LANDMANN

| | | | |
|---|---|---|---|
| Videotaping | | | 1,042.50 |
| MPEG1 DVD | 7.25 | Hours | 471.25 |
| Video Synchronization | 7.25 | Hours | 181.25 |
| UPS - 2 Day | | | 20.00 |
| Discount | | | -471.25 |

TOTAL DUE >>>    $1,243.75  _A/c_

THANK YOU.  WE APPRECIATE YOUR BUSINESS.

_Do not pay_

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    18.66
(=) New Balance:    $1,262.41

POSTED
JUN 3 0 2009
KEKER & VAN NEST, LLP

Tax ID: 37-1302924                    Phone: 415-391-5400    Fax:415-397-7188

_Please detach bottom portion and return with payment._

Stuart L. Gasner
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 266915 |
| Invoice Date | : | 4/20/2009 |
| **Total Due** | : | **$1,262.41** |

PAID
JUN 2 3 2009

| | | |
|---|---|---|
| Remit To: | **PohlmanUSA Court Reporting** | |
| | **10 South Broadway - Suite 1400** | |
| | **St. Louis, MO 63102** | |

| | | |
|---|---|---|
| Job No. | : | 65321 |
| BU ID | : | 15-V-OUT |
| Case No. | : | 4:07-CV-270-JCH |
| Case Name | : | Securities and Exchange Commission vs. Michael F. Shanahan, Sr., et al. |




**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ43621

| Invoice Date | Terms |
|---|---|
| 04/29/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/21/2009 | SEC vs. SHANAHAN, MICHAEL F. | 44770 | 04/24/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 04/21/2009, GERALD POTTHOFF | | | |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| COPY OF TRANSCRIPT - MEDICAL TECHNICAL/WORD INDEX (199 Pages) | $ 3.30 | 199.00 | $ 656.70 |
| EXHIBITS | $ 8.10 | 1.00 | $ 8.10 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 743.80 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 47.64 |
| | | | $ 77.64 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: ST. LOUIS, MO*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 821.44 |
| Paid: | $ 821.44 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **05/29/2009** |

After 06/13/2009 Pay This Amount: $ 0.00

**Tax Number:** 22-3779684

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ43621
Invoice Date: 04/29/2009
Balance: $ 0.00
Due Date: 05/29/2009
Late Date: 06/13/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000043621  04292009  7  000000000  0  05292009  06132009  8  000000000  06

*5⁰*                                    **New Sale Invoice**                          *Sharaken*

# WEST®
A Thomson Reuters business

| | | |
|---|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6059057358 |
| ORDER # | 5061634 |
| INVOICE DATE | 05/14/2009 |
| PAYMENT DUE DATE | 06/13/2009 |
| **AMOUNT DUE IN USD** | **1,178.35** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

ATTENTION: STUART L GASNER
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| PURCHASE ORDER # | DEPO/SRV DT 04/28/2009 | JOB # CRS-100549-0001 | DEPONENT NAME/SERVICE Gary C. Gerhardt | | |
|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 196 PG | 3.95 | 0.00 | 774.20 |
| 30007134 | EXHIBITS | 80 PG | 0.40 | 0.00 | 32.00 |
| 30007142 | ROUGH ASCII; | 196 PG | 1.75 | 0.00 | 343.00 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | 1 EA | 29.15 | 0.00 | 29.15 |

*SHIPPING PRICE INCLUDES TWO SHIPMENTS: ONE FOR
THE COPY AND ONE FOR THE POST 30 DAY REVIEW
ORIGINAL.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery

The terms for this order are net 30  days.

JUN 18 2009
CK 42191

westcourtreporting.com | Connecting the Litigation          **THANK YOU**          | TOTAL IN USD | 1,178.35 |

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6059057358 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 1,178.35 |
| AMOUNT ENCLOSED IN USD | |

MAY 30 2009

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: STUART L GASNER
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6059057358 00000000000000000000000 20090514 ZINV 000117835 0010 1000838427 9

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ50971

| Invoice Date | Terms |
|---|---|
| 05/22/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment# | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2009 | SEC vs. SHANAHAN, MICHAEL F. | 49897 | 05/19/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 05/05/2009, MICHEAL SHANAHAN | | | |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (365 Pages) | $ 2.80 | 365.00 | $ 1,022.00 |
| EXHIBITS | | 1.00 | $ 0.00 |
| VIDEO | $ 87.50 | 6.00 | $ 525.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,596.00 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 19.01 |
| | | | $ 49.01 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,645.01 |
| Paid: | $ 1,645.01 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **06/21/2009** |

After 07/06/2009 Pay This Amount: $ 0.00

Tax Number: 22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ50971
Invoice Date: 05/22/2009
Balance: $ 0.00
Due Date: 06/21/2009
Late Date: 07/06/2009
Late Amount: $ 0.00

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
_____

Credit Card Number  Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000050971 05222009 5 000000000 0 06212009 07062009 0 000000000 08

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ50960

| Invoice Date | Terms |
|---|---|
| 05/22/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/06/2009 | SEC vs. SHANAHAN, MICHAEL F. | 49898 | 05/20/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 05/06/2009, MICHAEL SHANAHAN | | | |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (313 Pages) | $ 2.80 | 313.00 | $ 876.40 |
| EXHIBITS | | 1.00 | $ 0.00 |
| VIDEO | $ 87.50 | 5.50 | $ 481.25 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,406.65 |
| ARCHIVING FEE | | | $ 30.00 |
| | | | $ 30.00 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,436.65 |
| Paid: | $ 1,436.65 |
| **Balance Due** | **$ 0.00** |
| **Payment Due** | **06/21/2009** |

**Tax Number: 22-3779684**

After 07/06/2009 Pay This Amount: $ 0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ50960
Invoice Date: 05/22/2009
Balance: $ 0.00
Due Date: 06/21/2009
Late Date: 07/06/2009
Late Amount: $ 0.00

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

071  0000050960  05222009  4  000000000  0  06212009  07062009  0  000000000  02

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ53277*

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment# | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | SEC vs. SHANAHAN, MICHAEL F. | 53794 | 05/28/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 05/21/2009, DAVID MATTERN | | | |
| COPY OF TRANSCRIPT/WORD INDEX | $ 968.00 | 1.00 | $ 968.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,017.00 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 47.64 |
| | | | $ 77.64 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
We appreciate your business
- *Attorney is responsible for payment of all charges incurred*
  *Payment due in 30 days*
  *LOCATION: ST. LOUIS, MO*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,094.64 |
| Paid: | $ 1,094.64 |
| Balance Due: | $ 0.00 |
| Payment Due: | 06/30/2009 |

After 07/15/2009 Pay This Amount: $ 0.00

**Tax Number: 22-3779684**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ53277
Invoice Date: 05/31/2009
Balance: $ 0.00
Due Date: 06/30/2009
Late Date: 07/15/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000053277  05312009 2 000000000 0 06302009 07152009 8 000000000 08

605

*Shanahan*

# WEST®

A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6059744680 |
| ORDER # | 5133899 |
| INVOICE DATE | 06/19/2009 |
| PAYMENT DUE DATE | 07/19/2009 |
| **AMOUNT DUE IN USD** | **3,478.41** |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F. Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 2

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| PURCHASE ORDER # | | DEPO/SRV DT 05/29/2009 | JOB # CRS-100549-0003 | DEPONENT NAME/SERVICE Randall A. Heron, Ph.D. | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007132 | APPEARANCE FEE | 1 EA | 297.00 | 0.00 | 297.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 266 PG | 3.95 | 0.00 | 1,050.70 |
| 30007134 | EXHIBITS | 344 PG | 0.40 | 0.00 | 137.60 |
| 30007133 | VIDEOGRAPHER FEE | 8.50 HR | 130.00 | 0.00 | 1,105.00 |
| 30007139 | 3-DAY EXPEDITE | 266 PG | 3.16 | 0.00 | 840.56 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | 1 EA | 47.55 | 0.00 | 47.55 |

*SHIPPING PRICE INCLUDES TWO SHIPMENTS: ONE FOR
THE COPY & SEALED ORIGINAL, AND ONE FOR THE
VIDEO.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6059744680 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 3,478.41 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6059744680 0000000000000000000000 20090619 ZINV 000347841 0010 1000838427 2

# WEST®

A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| BILLING ACCOUNT # | 1000838427 |
|---|---|
| NEW SALE INVOICE # | 6059744680 |
| ORDER # | 5133899 |
| INVOICE DATE | 06/19/2009 |
| PAYMENT DUE DATE | 07/19/2009 |
| **AMOUNT DUE IN USD** | **3,478.41** |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01

| PURCHASE ORDER # | DEPO/SRV DT 05/29/2009 | JOB # CRS-100549-0003 | DEPONENT NAME/SERVICE Randall A. Heron, Ph.D. | | | |
|---|---|---|---|---|---|---|
| | -Video conversion to MPEG1 | | | | | |
| | -Video synchronization | | | | | |
| | | | | | | |
| | The terms for this order are net 30  days. | | | | | |

PAID

JUL 2 3 2009

ac 4 24 72

POSTED
JUN 3 0 2009
KELLER & MANNERS LLP

THANK YOU       | TOTAL IN USD | 3,478.41 |

_505_

# WEST®
A Thomson Reuters business

**New Sale Invoice**

_Shanahan_

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6059899065 |
| ORDER # | 5151374 |
| INVOICE DATE | 06/29/2009 |
| PAYMENT DUE DATE | 07/29/2009 |
| **AMOUNT DUE IN USD** | **3,162.21** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael Shanahan, et. al.

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 06/03/2009 | JOB # CRS-100549-0004 | DEPONENT NAME/SERVICE General Kenneth Lewi | | |
|---|---|---|---|---|---|---|
| **MATERIAL** | **DESCRIPTION** | | | **QTY** | **UNIT PRICE IN USD** | **TAX IN USD** | **TOTAL IN USD** |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007132 | APPEARANCE FEE | 1 EA | 210.00 | 0.00 | 210.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 246 PG | 3.95 | 0.00 | 971.70 |
| 30007134 | EXHIBITS | 538 PG | 0.40 | 0.00 | 215.20 |
| 30007133 | VIDEOGRAPHER FEE | 9.75 HR | 130.00 | 0.00 | 1,267.50 |
| 30007141 | REAL TIME CONNECTION | 246 PG | 1.85 | 0.00 | 455.10 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | 1 EA | 42.71 | 0.00 | 42.71 |

*SHIPPING PRICE INCLUDES THREE SHIPMENTS: ONE
FOR THE COPY, ONE FOR THE POST 30 DAY REVIEW
ORIGINAL, AND ONE FOR THE VIDEO.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

PAID  JUL 23 2009  CK 424 72

POSTED JUN 3 0 2009 KEKER & VAN NEST, LLP

westcourtreporting.com | Connecting the Litigation

**THANK YOU**

| TOTAL IN USD | 3,162.21 |
|---|---|

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6059899065 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 3,162.21 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6059899065 0000000000000000000000 20090629 ZINV 000316221 0010 1000838427 9

*505*

# WEST®
A Thomson Reuters business

*Shanahan*

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6059899066 |
| ORDER # | 5151381 |
| INVOICE DATE | 06/29/2009 |
| PAYMENT DUE DATE | 07/29/2009 |
| **AMOUNT DUE IN USD** | **2,709.91** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|---|
| | | 06/05/2009 | CRS-100549-0005 | Allan Kaste | | | |
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007132 | APPEARANCE FEE | | | 1 EA | 200.00 | 0.00 | 200.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 222 PG | 3.95 | 0.00 | 876.90 |
| 30007134 | EXHIBITS | | | 193 PG | 0.40 | 0.00 | 77.20 |
| 30007133 | VIDEOGRAPHER FEE | | | 9.00 HR | 130.00 | 0.00 | 1,170.00 |
| 30007142 | ROUGH ASCII; | | | 222 PG | 1.55 | 0.00 | 344.10 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | | 1 EA | 41.71 | 0.00 | 41.71 |

*SHIPPING PRICE INCLUDES THREE SHIPMENTS: ONE
FOR THE COPY, ONE FOR THE POST 30 DAY REVIEW
ORIGINAL, AND ONE FOR THE VIDEO.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

PAID
JUL 23 2009
Ch 42472

The terms for this order are net 30  days.

westcourtreporting.com | Connecting the Litigation

**THANK YOU**

| TOTAL IN USD | 2,709.91 |
|---|---|

---

**RETURN BOTTOM PORTION WITH PAYMENT**

POSTED
JUN 3 0 2009
KEKER & VAN NEST, LLP

| | |
|---|---|
| NEW SALE INVOICE# | 6059899066 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 2,709.91 |
| AMOUNT ENCLOSED IN USD | _____ |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6059899066 00000000000000000000 20090629 ZINV 000270991 0010 1000838427 1

 ESQUIRE



Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ70941

| Invoice Date | Terms |
|---|---|
| 07/30/2009 | NET 30 |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment# | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/14/2009 | SEC vs. SHANAHAN, MICHAEL F. | 65208 | 07/28/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 07/14/2009, GERALD DANIELS | | | |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (191 Pages) | $ 2.80 | 191.00 | $ 534.80 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 583.80 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 38.00 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 621.80 |
| Paid: | $ 621.80 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **08/29/2009** |

After 09/13/2009 Pay This Amount:      $ 0.00

Tax Number:  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ70941
Invoice Date: 07/30/2009
Balance: $ 0.00
Due Date: 08/29/2009
Late Date: 09/13/2009
Late Amount: $ 0.00

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071  0000070941  07302009  3  000000000  0  08292009  09132009  5  000000000  04

505                                    **New Sale Invoice**                    *Shanahan*



# WEST®
A Thomson Reuters business

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6060844304 |
| ORDER # | 5262767 |
| INVOICE DATE | 08/18/2009 |
| PAYMENT DUE DATE | 09/17/2009 |
| **AMOUNT DUE IN USD** | **1,311.97** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON        01        PAGE 1 OF 1

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| PURCHASE ORDER # | | DEPO/SRV DT 07/15/2009 | JOB # CRS-100549-0006 | DEPONENT NAME/SERVICE Diane Harsin | | | |
|---|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007132 | APPEARANCE FEE | | | 1 EA | 85.00 | 0.00 | 85.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 109 PG | 3.95 | 0.00 | 430.55 |
| 30007134 | EXHIBITS | | | 98 PG | 0.40 | 0.00 | 39.20 |
| 30007133 | VIDEOGRAPHER FEE | | | 4.00 HR | 130.00 | 0.00 | 520.00 |
| 30007142 | ROUGH ASCII; | | | 109 PG | 1.75 | 0.00 | 190.75 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | | 1 EA | 46.47 | 0.00 | 46.47 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

*PAID SEP 17 2009   Ck 42923*   *POSTED AUG 30 2009*

westcourtreporting.com | Connecting the Litigation        **THANK YOU**

| | TOTAL IN USD | 1,311.97 |
|---|---|---|

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6060844304 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006654 |
| AMOUNT DUE IN USD | 1,311.97 |
| AMOUNT ENCLOSED IN USD | |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6060844304 0000000000000000000000 20090818 ZINV 000131197 0010 1000838427 6



505

*Shanahan*

# WEST.
A Thomson Reuters business

**New Sale Invoice**

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6060844303 |
| ORDER # | 5262752 |
| INVOICE DATE | 08/18/2009 |
| PAYMENT DUE DATE | 09/17/2009 |
| AMOUNT DUE IN USD | 2,203.18 |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON                01

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| PURCHASE ORDER # | | DEPO/SRV DT 07/17/2009 | JOB # CRS-100549-0009 | DEPONENT NAME/SERVICE Thomas Guilfoil | | | |
|---|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007132 | APPEARANCE FEE | | | 1 EA | 135.00 | 0.00 | 135.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 178 PG | 3.95 | 0.00 | 703.10 |
| 30007134 | EXHIBITS | | | 196 PG | 0.40 | 0.00 | 78.40 |
| 30007133 | VIDEOGRAPHER FEE | | | 7.00 HR | 130.00 | 0.00 | 910.00 |
| 30007141 | REAL TIME CONNECTION | | | 178 PG | 1.85 | 0.00 | 329.30 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | | 1 EA | 47.38 | 0.00 | 47.38 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

PAID
SEP 17 2009
ck 429923

POSTED
AUG 30 2009

westcourtreporting.com | Connecting the Litigation          **THANK YOU**

| | | TOTAL IN USD | 2,203.18 |
|---|---|---|---|

---

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6060844303 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 2,203.18 |
| AMOUNT ENCLOSED IN USD | |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6060844303 000000000000000000000 20090818 ZINV 000220318 0010 1000838427 5

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ72814*

| Invoice Date | Terms |
|---|---|
| 08/05/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/22/2009 | SEC vs. SHANAHAN, MICHAEL F. | 69530 | 08/05/2009 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 07/22/2009, SELMAN AKYOL | | | |
| COPY OF TRANSCRIPT/WORD INDEX (258 Pages) | $ 2.55 | 258.00 | $ 657.90 |
| EXHIBITS | | 1.00 | $ 0.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| REALTIME HOOK UP CHARGE (6 Units) | $ 85.00 | 6.00 | $ 510.00 |
| | | | $ 1,216.90 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 27.89 |
| | | | $ 57.89 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,*
*CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER*
*SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.*
*PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,274.79 |
| Paid: | $ 1,274.79 |
| **Balance Due** | **$ 0.00** |
| **Payment Due** | **09/04/2009** |

After 09/19/2009 Pay This Amount: $ 0.00

Tax Number: 22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ72814
Invoice Date: 08/05/2009
Balance: $ 0.00
Due Date: 09/04/2009
Late Date: 09/19/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000072814 08052009 3 000000000 0 09042009 09192009 4 000000000 01

505

𝒮. 𝒶𝓃𝒶𝒽𝒶𝓃

**New Sale Invoice**

# WEST®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| BILLING ACCOUNT # | 1000838427 |
|---|---|
| NEW SALE INVOICE # | 6060844306 |
| ORDER # | 5262782 |
| INVOICE DATE | 08/18/2009 |
| PAYMENT DUE DATE | 09/17/2009 |
| **AMOUNT DUE IN USD** | **2,543.43** |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 07/23/2009 | JOB # CRS-100549-0007 | DEPONENT NAME/SERVICE Margie Witt | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007132 | APPEARANCE FEE | | | 1 EA | 85.00 | 0.00 | 85.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 219 PG | 3.95 | 0.00 | 865.05 |
| 30007134 | EXHIBITS | | | 629 PG | 0.40 | 0.00 | 251.60 |
| 30007133 | VIDEOGRAPHER FEE | | | 7.00 HR | 130.00 | 0.00 | 910.00 |
| 30007142 | ROUGH ASCII; | | | 219 PG | 1.75 | 0.00 | 383.25 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | | 1 EA | 48.53 | 0.00 | 48.53 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30  days.

OK

PAID
SEP 17 2009
CK 42923

POSTED
AUG 30 2009

westcourtreporting.com | Connecting the Litigation          **THANK YOU**          | TOTAL IN USD | 2,543.43 |

**RETURN BOTTOM PORTION WITH PAYMENT**

| NEW SALE INVOICE# | 6060844306 |
|---|---|
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 2,543.43 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6060844306 000000000000000000000 20090818 ZINV 000254343 Q010 1000838427 9



**New Sale Invoice**

A Karalan

## WEST®
A Thomson Reuters business

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6060844305 |
| ORDER # | 5262777 |
| INVOICE DATE | 08/18/2009 |
| PAYMENT DUE DATE | 09/17/2009 |
| **AMOUNT DUE IN USD** | **3,222.93** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 07/27/2009 | JOB # CRS-100549-0011 | DEPONENT NAME/SERVICE Thomas Litz | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007132 | APPEARANCE FEE | 1 EA | 85.00 | 0.00 | 85.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 267 PG | 3.95 | 0.00 | 1,054.65 |
| 30007134 | EXHIBITS | 602 PG | 0.40 | 0.00 | 240.80 |
| 30007133 | VIDEOGRAPHER FEE | 10.00 HR | 130.00 | 0.00 | 1,300.00 |
| 30007141 | REAL TIME CONNECTION | 267 PG | 1.85 | 0.00 | 493.95 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | 1 EA | 48.53 | 0.00 | 48.53 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30  days.

PAID
SEP 1 7 2009
CL 42923

POSTED
AUG 3 0 2009

westcourtreporting.com | Connecting the Litigation

THANK YOU

| TOTAL IN USD | 3,222.93 |
|---|---|

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6060844305 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 3,222.93 |
| AMOUNT ENCLOSED IN USD | |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6060844305 0000000000000000000000 20090818 ZINV 000322293 0010 1000838427 4

*505*  Hanalan

## WEST®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

### New Sale Invoice

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6060942774 |
| ORDER # | 5273736 |
| INVOICE DATE | 08/24/2009 |
| PAYMENT DUE DATE | 09/23/2009 |
| AMOUNT DUE IN USD | 2,098.33 |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON                01                PAGE 1 OF 1

| PURCHASE ORDER # | DEPO/SRV DT 07/28/2009 | JOB # CRS-100549-0010 | DEPONENT NAME/SERVICE William Bush | | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | 166 PG | 3.95 | 0.00 | 655.70 |
| 30007134 | EXHIBITS. | | 258 PG | 0.40 | 0.00 | 103.20 |
| 30007132 | APPEARANCE FEE | | 1 EA | 135.00 | 0.00 | 135.00 |
| 30007133 | VIDEOGRAPHER FEE | | 6.50 HR | 130.00 | 0.00 | 845.00 |
| 30007141 | REAL TIME CONNECTION | | 166 PG | 1.85 | 0.00 | 307.10 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | | 1 EA | 52.33 | 0.00 | 52.33 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

PAID
SEP 17 2009
CK 42923

| westcourtreporting.com | Connecting the Litigation | THANK YOU | TOTAL IN USD | 2,098.33 |
|---|---|---|---|---|

### RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| NEW SALE INVOICE# | 6060942774 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 2,098.33 |
| AMOUNT ENCLOSED IN USD | _____ |

POSTED
AUG 3 0 2009
KEKER & VAN NEST, LLP

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6060942774 00000000000000000000000 20090824 ZINV 000209833 0010 1000838427 2



*505*

## WEST®
A Thomson Reuters business

**New Sale Invoice**

*Shanahan*

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6060942773 |
| ORDER # | 5273719 |
| INVOICE DATE | 08/24/2009 |
| PAYMENT DUE DATE | 09/23/2009 |
| **AMOUNT DUE IN USD** | **2,609.58** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 07/29/2009 | JOB # CRS-100549-0008 | DEPONENT NAME/SERVICE Crosbie F. Saint | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 216 PG | 3.95 | 0.00 | 853.20 |
| 30007134 | EXHIBITS | 580 PG | 0.40 | 0.00 | 232.00 |
| 30007132 | APPEARANCE FEE | 1 EA | 160.00 | 0.00 | 160.00 |
| 30007133 | VIDEOGRAPHER FEE | 7.00 HR | 130.00 | 0.00 | 910.00 |
| 30007141 | REAL TIME CONNECTION | 216 PG | 1.85 | 0.00 | 399.60 |
| 30007140 | NEXT DAY SHIPPING FOR WCRS SERVICES | 1 EA | 54.78 | 0.00 | 54.78 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

PAID SEP 17 2009
cl 42923

POSTED AUG 0 2009

| | | | |
|---|---|---|---|
| westcourtreporting.com \| Connecting the Litigation | **THANK YOU** | **TOTAL IN USD** | **2,609.58** |

**RETURN BOTTOM PORTION WITH PAYMENT**

| | |
|---|---|
| NEW SALE INVOICE# | 6060942773 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 2,609.58 |
| AMOUNT ENCLOSED IN USD | |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6060942773 0000000000000000000000 20090824 ZINV 000260958 0010 1000838427 0

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ77600*

| Invoice Date | Terms |
|---|---|
| 08/24/2009 | NET 30 |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/04/2009 | SEC vs. SHANAHAN, MICHAEL F. | 72363 | 08/19/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/04/2009, ERNEST TENEYCK | | | |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| ONE COPY OF TRANSCRIPT - TELEPHONIC/WORD INDEX (308 Pages) | $ 2.80 | 308.00 | $ 862.40 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 941.40 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 50.74 |
| | | | $ 80.74 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION:  PHILADELPHIA, PA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,022.14 |
| Paid: | $ 1,022.14 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **09/23/2009** |
| After 10/08/2009 Pay This Amount: | $ 0.00 |

<u>**Tax Number:**</u>  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ77600
Invoice Date: 08/24/2009
Balance: $ 0.00
Due Date: 09/23/2009
Late Date: 10/08/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,     New York NY 10008-1518**

071  0000077600  08242009  9  000000000  0  09232009  10082009  7  000000000  04



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ77364

| Invoice Date | Terms |
|---|---|
| 08/21/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/05/2009 | SEC vs. SHANAHAN, MICHAEL F. | 72378 | 08/19/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/05/2009, JOHN WICHLENSKI | | | |
| COPY OF TRANSCRIPT/WORD INDEX (306 Pages) | $ 2.55 | 306.00 | $ 780.30 |
| EXHIBITS | | 1.00 | $ 0.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| REALTIME HOOK UP CHARGE (7.50 Units) | $ 85.00 | 7.50 | $ 637.50 |
| | | | $ 1,466.80 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 50.73 |
| | | | $ 80.73 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,547.53 |
| Paid: | $ 1,547.53 |
| Balance Due: | $ 0.00 |
| Payment Due: | 09/20/2009 |

After 10/05/2009 Pay This Amount: $ 0.00

Tax Number: 22-3779684

---

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                                    Exp. Date

Company: Esquire - Chicago
Invoice Number: EQ77364
Invoice Date: 08/21/2009
Balance: $ 0.00
Due Date: 09/20/2009
Late Date: 10/05/2009
Late Amount: $ 0.00

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000077364  08212009  9  000000000  0  09202009  10052009  9  000000000  00

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ77664

| Invoice Date | Terms |
|---|---|
| 08/24/2009 | NET 30 |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/06/2009 | SEC vs. SHANAHAN, MICHAEL F. | 72380 | 08/20/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/06/2009, DANIEL KREHER | | | |
| COPY OF TRANSCRIPT/WORD INDEX (313 Pages) | $ 2.55 | 313.00 | $ 798.15 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| REALTIME HOOK UP CHARGE (7.50 Units) | $ 85.00 | 7.50 | $ 637.50 |
| | | | $ 1,484.65 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY | | | $ 50.74 |
| | | | $ 80.74 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,*
*CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER*
*SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.*
*PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: ST. LOUIS, MO*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,565.39 |
| Paid: | $ 1,565.39 |
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **09/23/2009** |

**Tax Number:  22-3779684**

After 10/08/2009 Pay This Amount:      $ 0.00

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ77664
Invoice Date: 08/24/2009
Balance: $ 0.00
Due Date: 09/23/2009
Late Date: 10/08/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000077664  08242009  6  000000000  0  09232009  10082009  7  000000000  07

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ80613*

| Invoice Date | Terms |
|---|---|
| 08/31/2009 | NET 30 |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/12/2009 | SEC vs. SHANAHAN, MICHAEL F. | 73986 | 08/24/2009 | UPS |

| Description | Price | Qty. | Amount |
|---|---|---|---|
| Services Provided on 08/12/2009, MARTHA CARTER | | | |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (227 Pages) | $ 2.80 | 227.00 | $ 635.60 |
| VIDEO | $ 87.50 | 3.50 | $ 306.25 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 990.85 |
| | | | |
| ARCHIVING FEE | | | $ 40.00 |
| DELIVERY | | | $ 91.56 |
| | | | $ 131.56 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: WASHINGTON, DC*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,122.41 |
| Paid: | $ 1,122.41 |
| Balance Due : | $ 0.00 |
| Payment Due : | 10/01/2009 |

After 10/16/2009 Pay This Amount: $ 0.00

Tax Number:  22-3779684

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Chicago
Invoice Number: EQ80613
Invoice Date: 08/31/2009
Balance: $ 0.00
Due Date: 10/01/2009
Late Date: 10/16/2009
Late Amount: $ 0.00

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                              Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071 0000080613 08312009 5 000000000 0 10012009 10162009 0 000000000 08

 

**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ84936

| Invoice Date | Terms |
|---|---|
| 09/16/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/19/2009 | SEC vs. SHANAHAN, MICHAEL F. | 73989 | 09/05/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/19/2009, JAY WEINSTEIN | | | |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (125 Pages) | $ 2.80 | 125.00 | $ 350.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| ROUGH DISK | $ 200.00 | 1.00 | $ 200.00 |
| | | | $ 629.00 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 27.89 |
| | | | $ 57.89 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 686.89 |
| Paid: | $ 686.89 |
| Balance Due | $ 0.00 |
| Payment Due | 10/16/2009 |

After 10/31/2009 Pay This Amount: $ 0.00

**Tax Number: 22-3779684**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ84936
Invoice Date: 09/16/2009
Balance: $ 0.00
Due Date: 10/16/2009
Late Date: 10/31/2009
Late Amount: $ 0.00

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  ⬚⬚⬚⬚
Credit Card Number                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000084936 09162009 8 000000000 0 10162009 10312009 1 000000000 08

505

# WEST®

A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6061728891 |
| ORDER # | 5354527 |
| INVOICE DATE | 09/29/2009 |
| PAYMENT DUE DATE | 10/29/2009 |
| AMOUNT DUE IN USD | 1,981.30 |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 08/21/2009 | JOB # CRS-100549-0013 | DEPONENT NAME/SERVICE Gerald Nicholson | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007132 | APPEARANCE FEE | 1 EA | 160.00 | 0.00 | 160.00 |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 215 PG | 3.95 | 0.00 | 849.25 |
| 30007134 | EXHIBITS | 40 PG | 0.40 | 0.00 | 16.00 |
| 30007133 | VIDEOGRAPHER FEE | 7.00 HR | 130.00 | 0.00 | 910.00 |
| 40876426 | SHIPPING FOR WCRS SERVICES | 1 EA | 46.05 | 0.00 | 46.05 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30  days.

PAID
OCT 2 2 2009
CK 43206

westcourtreporting.com | Connecting the Litigation          THANK YOU

| TOTAL IN USD | 1,981.30 |
|---|---|

---

**RETURN BOTTOM PORTION WITH PAYMENT**

POST A/c 5000
Delint cost
SEP 30 2009

| | |
|---|---|
| NEW SALE INVOICE# | 6061728891 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 1,981.30 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6061728891 0000000000000000000000 20090929 ZINV 000198130 0010 1000838427 2

5⁰⁰                                                                        *Akanalan*

# INVOICE

RECEIVED

SEP 1 2009

KEKER & VAN NEST

**KACZYNSKI REPORTING**
**72 CHANDLER STREET, SUITE 3**
**BOSTON, MASSACHUSETTS   02116**
**(617) 426-6060**

MICHAEL D. CELIO, ESQ.              Date:   9/12/09
Keker & Van Nest LLP                Due Date:  10/12/09
710 Sansome Street                  NET TERM:  30 Days
San Francisco, CA  94111-1704       INVOICE #  09-419

Securities and Exchange Commission v. Michael F. Shanahan, 
Sr. and Michael F. Shanahan, Jr.
Deposition of Mark A. Lundvall
   Date Taken:  8/25/09
   Pages:  68 @ $2.60 per page (copy)          $176.80
   Condensed Transcript and 3.5" ASCII         $25.00
   Xeroxing:  99 copies @ $.20 per page        $19.80
   e-transcript                                $10.00
   Priority Mail                               $5.60

                    TOTAL AMOUNT DUE:  $237.20  A/c nnn

MAKE CHECK PAYABLE TO MICHELLE KACZYNSKI
        FEDERAL I.D. NUMBER #04-3536004

SEP 3 0 2009

**Please tear off stub and return with payment.**

PAID
OCT 8 2009

| Invoice No. | Amount Due: | Mail to: |
|---|---|---|
| 09-419 | $237.20 | Kaczynski Reporting |
| | | 72 Chandler Street |
| | | Suite 3 |
| | | Boston, MA  02116 |

# $\mathcal{B}$IENENSTOCK
### COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

**Job #:** 090826ACC
**Job Date:** 08/26/2009
**Order Date:** 08/26/2009
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

| | |
|---|---|
| **Invoice #:** | 426718 |
| **Inv.Date:** | 09/03/2009 |
| **Balance:** | $569.35 |

**Bill To:**
Mr. Benedict Y. Hur
Keker & Van Nest, L.L.P
710 Sansome Street
San Francisco, CA 94111

**Action:** Securities and Exchange Commission
*vs*
Michael F. Shanahan, Sr., et al
**Action #:** 4:07 CV 270-JCH
**Rep:** ACC
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | Walter Kirchberger | Copy incl. condensed & e-trans | Pages | 126 | | $388.75 |
| 2 | | DVD Transferred from VHS | Per tape | 2.00 | | $120.00 |
| 3 | | Exhibits | Item | 202.00 | | $60.60 |

*PAID*
SEP 8 2009

**Comments:**
*********COD*********

Offices in: Bingham Farms I Ann Arbor I Detroit I Flint I Grand Rapids I Jackson I Lansing I Mt. Clemens

| | |
|---|---|
| Sub Total | $569.35 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $569.35 |
| Payment | $0.00 |
| Balance Due | $569.35 |

**Federal Tax I.D.:** 38-3231100   **Terms:** Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Benedict Y. Hur
Keker & Van Nest, L.L.P
710 Sansome Street
San Francisco, CA 94111

**Deliver To:**
Mr. Benedict Y. Hur
Keker & Van Nest, L.L.P
710 Sansome Street
San Francisco, CA 94111


POSTED
AUG 3 0 2009

# Invoice

# $\mathcal{B}$IENENSTOCK
### COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

| | |
|---|---|
| **Invoice #:** | 426718 |
| **Inv.Date:** | 09/03/2009 |
| **Balance:** | $569.35 |
| **Job #:** | 090826ACC |
| **Job Date:** | 08/26/2009 |
| **DB Ref.#:** | |
| **Date of Loss:** | / / |
| **Your File #:** | |
| **Your Client:** | |

505



# WEST®
A Thomson Reuters business

**New Sale Invoice**

*Shanahan*

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6062201217 |
| ORDER # | 5408110 |
| INVOICE DATE | 10/27/2009 |
| PAYMENT DUE DATE | 11/26/2009 |
| **AMOUNT DUE IN USD** | **1,846.50** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON      01      PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 09/15/2009 | JOB # CRS-100549-0014 | DEPONENT NAME/SERVICE Patrick Mittendorf | | | |
|---|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 165 PG | 3.95 | 0.00 | 651.75 |
| 30007134 | EXHIBITS | | | 342 PG | 0.40 | 0.00 | 136.80 |
| 40782629 | EXHIBITS - COLOR | | | 30 EA | 1.25 | 0.00 | 37.50 |
| 30007132 | APPEARANCE FEE | | | 1 EA | 135.00 | 0.00 | 135.00 |
| 30007133 | VIDEOGRAPHER FEE | | | 6.25 HR | 130.00 | 0.00 | 812.50 |
| 40876426 | SHIPPING FOR WCRS SERVICES | | | 1 EA | 72.95 | 0.00 | 72.95 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

NOV 1 9 2009

| westcourtreporting.com | Connecting the Litigation | **THANK YOU** | **TOTAL IN USD** | **1,846.50** |
|---|---|---|---|---|

## RETURN BOTTOM PORTION WITH PAYMENT

| | |
|---|---|
| NEW SALE INVOICE# | 6062201217 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 1,846.50 |
| AMOUNT ENCLOSED IN USD | |

POSTED
OCT 3 0 2009
KEKER & VAN NEST, LLP

**West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6062201217 000000000000000000000 20091027 ZINV 000184650 0010 1000838427 9

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ87846

| Invoice Date | Terms |
|---|---|
| 09/25/2009 | NET 30 |

MICHAEL CELIO ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/10/2009 | SEC vs. SHANAHAN, MICHAEL F. | 81664 | 09/24/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 09/10/2009, CHRISTOPHER BRIGGS | | | |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| COPY OF TRANSCRIPT - VIDEO/WORD INDEX (282 Pages) | $ 2.80 | 282.00 | $ 789.60 |
| VIDEO | $ 103.00 | 4.50 | $ 463.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| ROUGH DISK | $ 454.40 | 1.00 | $ 454.40 |
| | | | $ 1,786.50 |
| | | | |
| ARCHIVING FEE | | | $ 50.00 |
| DELIVERY - OTHER | | | $ 95.14 |
| | | | $ 145.14 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,931.64 |
| Paid: | $ 1,931.64 |
| **Balance Due** | **$ 0.00** |
| **Payment Due** | **10/25/2009** |

After 11/09/2009 Pay This Amount: $ 0.00

Tax Number: 22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ87846
Invoice Date: 09/25/2009
Balance: $ 0.00
Due Date: 10/25/2009
Late Date: 11/09/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000087846 09252009 9 000000000 0 10252009 11092009 7 000000000 04

 5°8

# WEST®
A Thomson Reuters business

**New Sale Invoice**

*Shanahan*

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800-548-3668 option 1
For payment instructions see reverse.

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6062179815 |
| ORDER # | 5406618 |
| INVOICE DATE | 10/26/2009 |
| PAYMENT DUE DATE | 11/25/2009 |
| AMOUNT DUE IN USD | 797.93 |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 09/22/2009 | JOB # CRS-100549-0017 | DEPONENT NAME/SERVICE Cynthia Vallina-Butters | | |
|---|---|---|---|---|---|---|

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | 66 PG | 3.95 | 0.00 | 260.70 |
| 30007134 | EXHIBITS | 15 PG | 0.40 | 0.00 | 6.00 |
| 30007132 | APPEARANCE FEE | 1 EA | 110.00 | 0.00 | 110.00 |
| 30007133 | VIDEOGRAPHER FEE | 2.00 HR | 130.00 | 0.00 | 260.00 |
| 30007141 | REAL TIME CONNECTION | 66 PG | 1.85 | 0.00 | 122.10 |
| 40876426 | SHIPPING FOR WCRS SERVICES | 1 EA | 39.13 | 0.00 | 39.13 |
| | 3 Day Shipping | | | | |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

NOV 19 2009

The terms for this order are net 30 days.

| westcourtreporting.com | Connecting the Litigation | **THANK YOU** | **TOTAL IN USD** | 797.93 |
|---|---|---|---|---|

---

**RETURN BOTTOM PORTION WITH PAYMENT**

POSTED
OCT 3 0 2009
KEKER & VAN NEST, LLP

| | |
|---|---|
| NEW SALE INVOICE# | 6062179815 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 797.93 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6062179815 00000000000000000000 20091026 ZINV 000079793 0010 1000838427 3

505

*Shanahan* (signature)

# WEST®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6062201218 |
| ORDER # | 5408135 |
| INVOICE DATE | 10/27/2009 |
| PAYMENT DUE DATE | 11/26/2009 |
| **AMOUNT DUE IN USD** | **893.53** |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON      01      PAGE 1 OF 1

| PURCHASE ORDER # | | DEPO/SRV DT 09/22/2009 | JOB # CRS-100549-0018 | DEPONENT NAME/SERVICE Jason Wheatley | | | |
|---|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 100 PG | 3.95 | 0.00 | 395.00 |
| 30007134 | EXHIBITS | | | 36 PG | 0.40 | 0.00 | 14.40 |
| 30007141 | REAL TIME CONNECTION | | | 100 PG | 1.85 | 0.00 | 185.00 |
| 30007133 | VIDEOGRAPHER FEE | | | 2.00 HR | 130.00 | 0.00 | 260.00 |
| 40876426 | SHIPPING FOR WCRS SERVICES | | | 1 EA | 39.13 | 0.00 | 39.13 |

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery
-Video tape stock and archival
-Video conversion to MPEG1
-Video synchronization

The terms for this order are net 30 days.

PAID

westcourtreporting.com | Connecting the Litigation      THANK YOU

| TOTAL IN USD | 893.53 |
|---|---|

POSTED
OCT 30 2009
KEKER & VAN NEST, LLP

| | |
|---|---|
| NEW SALE INVOICE# | 6062201218 |
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 893.53 |
| AMOUNT ENCLOSED IN USD | _____ |

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

6062201218 00000000000000000000000 20091027 ZINV 000089353 0010 1000838427 2

# WEST®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| BILLING ACCOUNT # | 1000838427 |
|---|---|
| NEW SALE INVOICE # | 6062223285 |
| ORDER # | 5411413 |
| INVOICE DATE | 10/28/2009 |
| PAYMENT DUE DATE | 11/27/2009 |
| **AMOUNT DUE IN USD** | **2,717.39** |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 2

| PURCHASE ORDER # | | DEPO/SRV DT 10/01/2009 | JOB # CRS-100549-0015 | DEPONENT NAME/SERVICE Al Kent | | |
|---|---|---|---|---|---|---|
| MATERIAL | DESCRIPTION | | | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
| 30007129 | ORIGINAL AND ONE TRANSCRIPT | | | 211 PG | 3.95 | 0.00 | 833.45 |
| 30007134 | EXHIBITS | | | 96 PG | 0.40 | 0.00 | 38.40 |
| 30007132 | APPEARANCE FEE | | | 1 EA | 110.00 | 0.00 | 110.00 |
| 30007133 | VIDEOGRAPHER FEE | | | 5.50 HR | 130.00 | 0.00 | 715.00 |
| 30007142 | ROUGH ASCII; | | | 211 PG | 1.75 | 0.00 | 369.25 |
| 40785139 | EXPEDITE FEE | | | 211 PG | 2.77 | 0.00 | 584.47 |
| 40876426 | SHIPPING FOR WCRS SERVICES | | | 1 EA | 66.82 | 0.00 | 66.82 |

*SHIPPING PRICE INCLUDES THREE SHIPMENTS: ONE
FOR THE COPY, ONE FOR THE POST 30 DAY REVIEW
ORIGINAL, AND ONE FOR THE VIDEO.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery

---

**RETURN BOTTOM PORTION WITH PAYMENT**

NEW SALE INVOICE#          6062223285
BILLING ACCOUNT#          1000838427
VENDOR#          41-1426973
VAT REG#          EU826006554
AMOUNT DUE IN USD          2,717.39
AMOUNT ENCLOSED IN USD          _____

**West Payment Center**
**P.O. Box 6292**
**Carol Stream, IL 60197-6292**

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA  94111-1704

6062223285 0000000000000000000000 20091028 ZINV 000271739 0010 1000838427 6

## New Sale Invoice

**WEST**®
A Thomson Reuters business

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA  94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6062223285 |
| ORDER # | 5411413 |
| INVOICE DATE | 10/28/2009 |
| PAYMENT DUE DATE | 11/27/2009 |
| AMOUNT DUE IN USD | 2,717.39 |

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON        01                PAGE 2 OF 2

| PURCHASE ORDER # | DEPO/SRV DT 10/01/2009 | JOB # CRS-100549-0015 | DEPONENT NAME/SERVICE Al Kent | | | |
|---|---|---|---|---|---|---|
| | | | -Video tape stock and archival | | | |
| | | | -Video conversion to MPEG1 | | | |
| | | | -Video synchronization | | | |
| | | | | | | |
| | | | The terms for this order are net 30  days. | | | |

PAID

NOV

POSTED
OCT 3 0 2009
KEKER & VAN NEST, LLP

# INVOICE

RECEIVED

NOV 0 2 2009

KEKER & VAN NEST

**KACZYNSKI REPORTING**
**72 CHANDLER STREET, SUITE 3**
**BOSTON, MASSACHUSETTS   02116**
**(617) 426-6060**

MICHAEL D. CELIO, ESQ.                     Date:  10/30/09
Keker & Van Nest LLP                       Due Date:  11/30/09
710 Sansome Street                         NET TERM:  30 Days
San Francisco, CA  94111-1704              INVOICE #  09-581

Securities and Exchange Commission v. Michael F. Shanahan,
Sr. and Michael F. Shanahan, Jr.
Deposition of Eric D. Roiter
  Date Taken:  10/19/09
  Pages:  115 @ $2.60 per page (copy)          $299.00
  Condensed Transcript and 3.5" ASCII           $25.00
  e-transcript                                  $10.00
  Priority Mail                                  $8.95

                  TOTAL AMOUNT DUE:  $342.95



MAKE CHECK PAYABLE TO MICHELLE KACZYNSKI
FEDERAL I.D. NUMBER #04-3536004

**Please tear off stub and return with payment.**



| Invoice No. | Amount Due: | Mail to: |
|---|---|---|
| 09-581 | $342.95 | Kaczynski Reporting |
| | | 72 Chandler Street |
| | | Suite 3 |
| | | Boston, MA  02116 |



_500_ _Shanahan_

# National Video Reporters, Inc.
# 7 Cedar Drive
# Woburn, MA 01801

## Tel. 800-551-2440

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/19/2009 | 27443 |

BILL TO:

Keker & Van Nest, L.L.P.
Michael D. Celio, Esquire
710 Sansome St.
San Francisco, CA 94111-1704

**RECEIVED**

NOV 0 9 2009

KEKER & VAN NEST

| | Terms | REF |
|---|-------|-----|
| | Due on receipt | Synch |
| | K-02492A | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Date: 10/19/2009<br>Re: Securities and Exchange Commission vs. Michael F. Shanahan, Sr. and Michael F. Shanahan, Jr.<br>Deponent: Eric Roiter<br>Location: Boston, MA<br>Court Reporter: Kaczynski Reporting | | | |
| Duplication: DVD Digitization MPEG1 and MPEG2 - per hour | 2.5 | 65.00 | 162.50T |
| Video-Transcript Synchronization: per hour | 2.5 | 50.00 | 125.00T |
| Shipping - UPS | | 20.00 | 20.00 |
| Out of State - No Sales Tax | | | 0.00 |

Ok MDC

**POSTED**
OCT 3 0 2009
KEKER & VAN NEST, LLP

| Make checks payable to National Video Reporters, Inc., or use MC, VISA, Amex. Tax ID #04-3496719. | Payments Received | $0.00 |
|---|---|---|
| | **BALANCE DUE** | **$307.50** |

| BILLING ACCOUNT # | 1000838427 |
|---|---|
| NEW SALE INVOICE # | 6062709977 |
| ORDER # | 5473174 |
| INVOICE DATE | 11/20/2009 |
| PAYMENT DUE DATE | 12/20/2009 |
| **AMOUNT DUE IN USD** | **1,943.95** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON          01          PAGE 1 OF 2

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|
| | 11/06/2009 | CRS-100549-0020 | Scott Hlavacek | | | |

| MATERIAL | DESCRIPTION | QTY | UNIT PRICE IN USD | TAX IN USD | TOTAL IN USD |
|---|---|---|---|---|---|
| 30007130 | ORIGINAL AND ONE TRANSCRIPT | 113 PG | 4.75 | 0.00 | 536.75 |
| 30007134 | EXHIBITS | 35 PG | 0.40 | 0.00 | 14.00 |
| 30007132 | APPEARANCE FEE | 1 EA | 150.00 | 0.00 | 150.00 |
| 30007133 | VIDEOGRAPHER FEE | 4.00 HR | 130.00 | 0.00 | 520.00 |
| 30007142 | ROUGH ASCII; | 113 PG | 1.75 | 0.00 | 197.75 |
| 30007138 | 2-DAY EXPEDITE | 113 PG | 4.28 | 0.00 | 483.64 |
| 40876426 | SHIPPING FOR WCRS SERVICES | 1 EA | 41.81 | 0.00 | 41.81 |

\* SHIPPING PRICE INCLUDES THREE SHIPMENTS: ONE
FOR THE COPY, ONE FOR THE POST 30 DAY REVIEW
ORIGINAL, AND ONE FOR THE VIDEO.

West Court Reporting Service "Total Package" includes:
-LiveNote Evidence File (LEF) creation
-Condensed transcript
-Word index
-Signature page
-Transcript production and handling
-Electronic transcript delivery

**RETURN BOTTOM PORTION WITH PAYMENT**

| NEW SALE INVOICE# | 6062709977 |
|---|---|
| BILLING ACCOUNT# | 1000838427 |
| VENDOR# | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE IN USD | 1,943.95 |
| AMOUNT ENCLOSED IN USD | |

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ATTN: JACQUIE HARTMANN
KEKER & VANNEST LLP
WEST COURT REPORTING SVCS ACCOUNT
710 SANSOME ST
SAN FRANCISCO CA 94111-1704

# New Sale Invoice

| | |
|---|---|
| BILLING ACCOUNT # | 1000838427 |
| NEW SALE INVOICE # | 6062709977 |
| ORDER # | 5473174 |
| INVOICE DATE | 11/20/2009 |
| PAYMENT DUE DATE | 12/20/2009 |
| **AMOUNT DUE IN USD** | **1,943.95** |

West Court Reporting Services
221 Main Street, Suite 1250
San Francisco, CA 94105

Customer Service: 1/800/548-3668 option 1
For payment instructions see reverse.

ATTENTION: JACQUIE HARTMANN
CASE: SEC v. Michael F Shanahan, et. al.
PROJECT MANAGER: SEAN MATTSON            01

| PURCHASE ORDER # | DEPO/SRV DT | JOB # | DEPONENT NAME/SERVICE | | | |
|---|---|---|---|---|---|---|
| | 11/06/2009 | CRS-100549-0020 | Scott Hlavacek | | | |
| | | | -Video tape stock and archival | | | |
| | | | -Video conversion to MPEG1 | | | |
| | | | -Video synchronization | | | |
| | | | | | | |
| | | | The terms for this order are net 30 days. | | | |

westcourtreporting.com | Connecting the Litigation          **THANK YOU**          **TOTAL IN USD**     1,943.95



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ124477

| Invoice Date | Terms |
|---|---|
| 02/02/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

STUART GASNER ,ESQ.
KEKER & VAN NEST, LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/28/2010 | SEC vs. SHANAHAN, MICHAEL F. | 114749 | 02/01/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/28/2010, KENNETH LEWI | | | |
| ONE CERTIFIED TRANSCRIPT/WORD INDEX (235 Pages) | $ 3.55 | 235.00 | $ 834.25 |
| VIDEO | $ 87.50 | 4.50 | $ 393.75 |
| REALTIME SERVICE PROVIDED (6 Units) | $ 85.00 | 6.00 | $ 510.00 |
| | | | $ 1,738.00 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 26.79 |
| | | | $ 56.79 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOC- ST. LOUIS, MO*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,794.79 |
| Paid: | $ 0.00 |
| **Balance Due** | **$ 1,794.79** |
| **Payment Due** | **03/04/2010** |

Tax Number:  22-3779684

After 03/19/2010 Pay This Amount:   $ 1,974.27

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Chicago
Invoice Number: EQ124477
Invoice Date: 02/02/2010
Balance: $ 1,794.79
Due Date: 03/04/2010
Late Date: 03/19/2010
Late Amount: $ 1,974.27

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

071 0000124477 02022010 5 000179479 9 03042010 03192010 2 000197427 19