EXHIBIT C

**SUMMARY TABLE OF COSTS FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS**
**(TRIAL)**

| Date | Reporter | Total Cost |
|---|---|---|
| 1/29/2010 | Christine Simpson | $665.50 |
| 2/1-2/5/2010 | Christine Simpson | $4,122.75 |
| 2/1-2/5/2010 | Deborah Kriegshauser | $3,156.75 |
| 2/8-2/10/2010 | Christine Simpson | $2,116.00 |
| 2/8-2/12/2010 | Deborah Kriegshauser | $2,852.00 |
| | **GRAND TOTAL:** | $12,913.00 |

510 *Shanahan*

Christine A. Simpson, RMR, CRR

Official Court Reporter
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7989

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2010 | 1856 |

| Bill To |
|---|
| Stuart L. Gasner, Esq.<br>Keker and Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |

| Case Information |
|---|
| No. 4:07-cv-270, SEC v. Shanahan, Jr.<br>01//29/2010 Pretrial Conference<br>transcript of proceedings |

| Terms |
|---|
| Due on receipt |

| # of Pages | Description | Rate Per Page | Amount |
|---|---|---|---|
| 110 | Original, Daily Transcript | 6.05 | 665.50 |
| | I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Christine A. Simpson, RMR, CRR<br>Official Reporter          01/31/2010 | | |

PAID FEB - 1 2010

Questions? Please call (314) 244-7989. Tax ID #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. Please remit to above address.

| Total | $665.50 |
|---|---|
| **Balance Due** | $665.50 ✓ |

**POSTED**
JAN 3 0, 2010
KEKER & VAN NEST, LLP

Shanahan

$ID

Christine A. Simpson, RMR, CRR

# Invoice

Official Court Reporter
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7989

| Date | Invoice # |
|---|---|
| 2/7/2010 | 1857 |

| Bill To |
|---|
| Stuart L. Gasner, Esq.<br>Keker and Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |

| Case Information |
|---|
| No. 4:07-cv-270-JCH, SEC v. Shanahan, Jr.<br>Transcripts for week of 02/01/2010 |

| Terms |
|---|
| Due on receipt |

| # of Pages | Description | Rate Per Page | Amount |
|---|---|---|---|
| 717 | Original+ Copy, Daily Transcript with realtime hookup, fees split between Plaintiffs and Defendants<br><br>02/01/2010, Volume 1-A, 155 total pages<br>02/02/2010, Volume 2-A, 141 total pages<br>02/03/2010, Volume 3-A, 110 total pages<br>02/04/2010, Volume 4-A, 110 total pages<br>02/05/2010, Volume 5-A, 201 total pages<br><br>Split transcript fees breakdown, per my e-mail to all counsel on 01/26/2010 at 4:29 p.m.:<br>$6.05 pp original daily transcript<br>$3.05 pp original realtime transcript<br>$1.20 pp copy daily transcript<br>$1.20 pp copy realtime transcript<br>Total per page is $11.50 = split fee of $5.75 per page | 5.75 | 4,122.75 |

PAID FEB 11 2010

| Questions? Please call (314) 244-7989. Tax ID #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. Please remit to above address. | Total | |
|---|---|---|
| | **Balance Due** | |

Page 1

Christine A. Simpson, RMR, CRR
Official Court Reporter
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7989

# Invoice

| Date | Invoice # |
|---|---|
| 2/7/2010 | 1857 |

| Bill To |
|---|
| Stuart L. Gasner, Esq.<br>Keker and Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |

| Case Information |
|---|
| No. 4:07-cv-270-JCH, SEC v. Shanahan, Jr.<br>Transcripts for week of 02/01/2010 |

| Terms |
|---|
| Due on receipt |

| # of Pages | Description | Rate Per Page | Amount |
|---|---|---|---|
| | I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Christine A. Simpson, RMR, CRR<br>Official Reporter            02/07/2010 | | |

PAID FEB 11 2010

POSTED
FEB 28, 2010
KEKER & VAN NEST, LLP

Questions? Please call (314) 244-7989. Tax ID #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. Please remit to above address.

| | |
|---|---|
| Total | $4,122.75 |
| **Balance Due** | $4,122.75 ✓ |

A/C 50000 -
client costs

# Deborah A. Kriegshauser, CRR, RPR
## United States District Court
## 111 South Tenth Street
## St. Louis, MO 63102

| BILL TO |
|---|
| KEKER AND VAN NEST, LLP |
| Attn: Stuart L. Gasner; Gary Padilla |
| 710 Sansome Street |
| San Francisco, CA 94111 |

## Invoice

| DATE | INVOICE # |
|---|---|
| 2/5/2010 | 517 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Daily Copy Transcript of Trial Proceedings in re Securities and Exchange Commission vs. Michael F. Shanahan, Jr., etc.; Cause No. 4:07-CV-270(JCH); before the Honorable Jean C. Hamilton; daily copy transcript and realtime fees split 50/50 among counsel for an individual price of $5.75 per page) | 133 | 5.75 | 764.75 |
| Volume 1-B -- Afternoon Session on Monday, February 1, 2010 | | | |
| Volume 2-B -- Afternoon Session on Tuesday, February 2, 2010 | 126 | 5.75 | 724.50 |
| Volume 3-B -- Afternoon Session on Wednesday, February 3, 2010 | 113 | 5.75 | 649.75 |
| Volume 4-B -- Afternoon Session Thursday, February 4, 2010 | 113 | 5.75 | 649.75 |

Tax ID No. 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

**Total**

*Shanahan*

510

# Deborah A. Kriegshauser, CRR, RPR
United States District Court
111 South Tenth Street
St. Louis, MO 63102

| BILL TO |
|---|
| KEKER AND VAN NEST, LLP |
| Attn: Stuart L. Gasner; Gary Padilla |
| 710 Sansome Street |
| San Francisco, CA 94111 |

*Invoice*

| DATE | INVOICE # |
|---|---|
| 2/5/2010 | 517 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Volume 5-B -- Afternoon Session Friday, February 5, 2010 | 64 | 5.75 | 368.00 |
| I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States. | | | |
| /s/Debbie Kriegshauser -- 02/05/10 | | | |

PAID FEB 12 2010

POSTED FEB 28 2010 KEKER & VAN NEST, LLP

Tax ID No. 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

**Total**   $3,156.75 ✓

A/C comp —
clnj cost

Page 2

$10                                                                                     *Shanahan*

Christine A. Simpson, RMR, CRR                                      # Invoice

Official Court Reporter
111 South Tenth Street, 3rd Floor

| Date | Invoice # |
|---|---|
| 2/10/2010 | 1859 |

St. Louis, MO 63102
(314) 244-7989

| Bill To | Case Information |
|---|---|
| Stuart L. Gasner, Esq.<br>Keker and Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | No. 4:07-cv-270-JCH, SEC v. Shanahan, Jr.<br>Transcripts for week of 02/08/2010 |

| Terms |
|---|
| Due on receipt |

| # of Pages | Description | Rate Per Page | Amount |
|---|---|---|---|
| 368 | Original, Daily Transcript<br><br>02/08/2010, Volume 6-A, 131 total pages<br>02/09/2010, Volume 7-A, 134 total pages<br>02/10/2010, Volume 8-A, 103 total pages<br><br>Split transcript fees breakdown, per my e-mail to all counsel on 01/26/2010 at 4:29 p.m.:<br>$6.05 pp original daily transcript<br>$3.05 pp original realtime transcript<br>$1.20 pp copy daily transcript<br>$1.20 pp copy realtime transcript<br>Total per page is $11.50 = split fee of $5.75 per page | 5.75 | 2,116.00 |

PAID FEB 11 2010

Questions? Please call (314) 244-7989. Tax ID #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. Please remit to above address.

**Total**

**Balance Due**

510

Christine A. Simpson, RMR, CRR

# Invoice

Official Court Reporter
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102
(314) 244-7989

Shanahan

| Date | Invoice # |
|---|---|
| 2/10/2010 | 1859 |

| Bill To |
|---|
| Stuart L. Gasner, Esq.<br>Keker and Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA 94111 |

| Case Information |
|---|
| No. 4:07-cv-270-JCH, SEC v. Shanahan, Jr.<br>Transcripts for week of 02/08/2010 |

| Terms |
|---|
| Due on receipt |

| # of Pages | Description | Rate Per Page | Amount |
|---|---|---|---|
| | I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.<br><br>/s/ Christine A. Simpson, RMR, CRR<br>Official Reporter          02/10/2010 | | |

PAID FEB 11 2010

Questions? Please call (314) 244-7989. Tax ID #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. Please remit to above address.

| Total | $2,116.00 |
|---|---|
| **Balance Due** | $2,116.00 |

POSTED
FEB 28 2010
KEKER & VAN NEST, LLP

A/C 500m
client costs

Page 2

510             Hanahan

# Deborah A. Kriegshauser, CRR, RPR
## United States District Court
## 111 South Tenth Street
## St. Louis, MO 63102

**BILL TO**

KEKER AND VAN NEST, LLP
Attn: Stuart L. Gasner; Gary Padilla
710 Sansome Street
San Francisco, CA 94111

**Invoice**

| DATE | INVOICE # |
|---|---|
| 2/12/2010 | 520 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Daily Copy Transcript of Trial Proceedings in re Securities and Exchange Commission vs. Michael F. Shanahan, Jr., etc.; Cause No. 4:07-CV-270(JCH); before the Honorable Jean C. Hamilton; daily copy transcript and realtime fees split 50/50 among counsel for an individual price of $5.75 per page) | 141 | 5.75 | 810.75 |
| Volume 6-B -- Afternoon Session on Monday, February 8, 2010 | | | |
| Volume 7-B -- Afternoon Session on Tuesday, February 9, 2010 | 127 | 5.75 | 730.25 |
| Volume 8-B -- Afternoon Session on Wednesday, February 10, 2010 | 105 | 5.75 | 603.75 |
| Volume 9 -- Thursday, February 11, 2010 | 109 | 5.75 | 626.75 |
| Volume 10 -- Friday, February 12, 2010 | 14 | 5.75 | 80.50 |
| I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.<br><br>/s/Debbie Kriegshauser -- 02/12/10 | | | |

PAID FEB 22 2010

POSTED FEB 2 8 2010 KEKER & VAN NEST, LLP

Tax ID No. 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

**Total**     $2,852.00

A/C 5000
client ca