EXHIBIT D

**Lawgical Choice**
*Your First Choice For Litigation Technology*



Gary Padilla
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

February 28, 2010
Invoice No. 1363739
File No. 20103 / 650

## Remittance Page
*Please Return with Payment*

**Client:** **Armstrong Teasdale LLP**
**Project:** **Shanahan, Michael-Investigation (26393-1)**

| | |
|---|---:|
| Consulting Services | 870.00 |
| Presentation & Trial Tech Consulting Services | 10,375.00 |
| **TOTAL AMOUNT DUE** | **11,245.00** |

** Applies to Equipment Rentals and Purchases Only

## ** Payment Due 10 Days from Invoice Date **

**Please Remit Payment to:**
Lawgical Choice
One Metropolitan Square, Suite 810
St. Louis, Missouri 63102-2740

**Lawgical Choice**
*Your First Choice For Litigation Technology*



Gary Padilla
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

February 28, 2010
Invoice No. 1363739
File No. 20103 / 650

## Consulting Services

| Date | Description | Hours | Total |
|---|---|---|---|
| 02/01/10 | On Call - Hourly - On call Trial support for Shanahan, Michael Investigation. | 2.5 | 125.00 |
| 02/02/10 | On Call - Hourly - On call trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 3.8 | 190.00 |
| 02/03/10 | On Call - Hourly - On call trial support for Shanahan, Michael Investigation. | 2.5 | 125.00 |
| 02/10/10 | On Call - Hourly - On call trial support for Shanahan, Michael Investigation. | 4.3 | 215.00 |
| 02/11/10 | On Call - Hourly - On call for trial support for Shanahan, Michael Investigation. | 4.3 | 215.00 |
| | **Consulting Services Total** | **17.4** | **870.00** |

## Presentation & Trial Tech Consulting Services

| Date | Description | Hours | Total |
|---|---|---|---|
| 02/01/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 8.1 | 1,012.50 |
| 02/02/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 8.3 | 1,037.50 |
| 02/03/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 8.5 | 1,062.50 |
| 02/04/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 8.8 | 1,100.00 |
| 02/05/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 7.5 | 937.50 |
| 02/05/10 | Presentation & Trial Tech Consulting Services - Preparation for and assistance with trial presentation. | 3.0 | 375.00 |
| 02/08/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 9.0 | 1,125.00 |
| 02/09/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 9.3 | 1,162.50 |

ONE METROPOLITAN SQUARE | SUITE 810 | ST. LOUIS, MISSOURI 63102-2740 | TEL 314.259.4700 | FAX 314.612.2324 | FED ID 43-1693423

**Lawgical Choice**
*Your First Choice For Litigation Technology*



Gary Padilla  
Keker & Van Nest LLP  
710 Sansome Street  
San Francisco, CA 94111

February 28, 2010  
Invoice No. 1363739  
File No. 20103 / 650

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/10/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 10.0 | 1,250.00 |
| 02/11/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 8.5 | 1,062.50 |
| 02/12/10 | Presentation & Trial Tech Consulting Services - Trial support for Shanahan, Michael Investigation in St Louis Federal Court. | 2.0 | 250.00 |
| | **Presentation & Trial Tech Consulting Services Total** | **83.0** | **10,375.00** |



# Invoice

190 8th Street
San Francisco, CA 94103

| Date | Invoice # |
|---|---|
| 1/28/2010 | 5167 |

| Accounts Payable | Ship To |
|---|---|
| Resonant Legal Media<br>413 S. Washington Street<br>Alexandria VA 22314<br>Attn: Nate Hatch | Keker & Van Nest LLP<br>Westin St Louis<br>Attn: Stuart Gasner |

| P.O. Number | Terms | Sales Rep | Shipping Date | Shipping Method | Project Name |
|---|---|---|---|---|---|
| SEC v. Shanahan | Due on receipt | AP | 1/28/2010 | Other | |

| Qty (sq ft) | Item Code | Description | Price/sq... | Amount |
|---|---|---|---|---|
| 11 | 5610 | 3 (16"x24") + 75 Magnets : Color Printing on Presentation Bond (Paper Proofs) | 12.00 | 132.00T |
| 72 | 5610 | 3 (48"x72") : Color Printing on Presentation Bond (Boards) | 12.00 | 864.00T |
| 72 | 7016 | 3 (48"x72") : Metallic Paper | 10.95 | 788.40T |
| 72 | 7500 | 3 (48"x72") : Dry Erase Laminate | 4.00 | 288.00T |
| 72 | 7006 | 3 (48"x72") : Mounting on Gator | 6.50 | 468.00T |
| 14 | 3456 | 2 (32"x15"), 1 (11"x73") : Clear Acetate Overlays | 15.00 | 210.00 |
| 36 | 5624 | 60 (Various Sizes) : Printing on Magnetic Layer | 8.00 | 288.00T |
| 1 | 2346 | Shipping Charges | 146.40 | 146.40 |
| | | | 9.50% | 268.70 |

A pleasure doing business with you!

**Total** $3,453.50

| Phone # | Fax # | E-mail |
|---|---|---|
| 415-241-0301 | 415-241-0545 | leonard@megapiximaging.com |


**MEGApix** IMAGING
190 8th Street
San Francisco, CA 94103

# Invoice

| Date | Invoice # |
|---|---|
| 2/3/2010 | 5169 |

| Accounts Payable |
|---|
| Resonant Legal Media<br>413 S. Washington Street<br>Alexandria VA 22314<br>Attn: Nate Hatch |

| Ship To |
|---|
| Westin St Louis<br>811 Spruce Street<br>St. Louis, MO 63102<br>Attn: Stuart Gasner |

| P.O. Number | Terms | Sales Rep | Shipping Date | Shipping Method | Project Name |
|---|---|---|---|---|---|
| SEC v. Shanahan | Due on receipt | LG | 2/3/2010 | Federal Express | |

| Qty (sq ft) | Item Code | Description | Price/sq... | Amount |
|---|---|---|---|---|
| 10 | 5624 | 10 (6"x11") : Printing on Magnetic Layer | 8.00<br>9.50% | 80.00T<br>7.60 |

*pd.*
*2/16/2010*
*ck# 2207*

It's been a pleasure working with you!

**Total** $87.60

| Phone # | Fax # | E-mail |
|---|---|---|
| 415-241-0301 | 415-241-0545 | leonard@megapiximaging.com |