EXHIBIT E

# SUMMARY TABLE OF COPY COSTS OF OUTSIDE VENDORS

| Date | Vendor | Total |
|------|--------|-------|
| 7/9/2008 | ALC Legal Technologies (Imaging) | $841.83 |
| 7/14/2008 | ALC Legal Technologies (Imaging) | $85.04 |
| 3/16/2009 | IKON Office Solutions (Photocopies) | $181.76 |
| 3/25/2009 | Golden State Legal Copy (Imaging) | $924.97 |
| 4/7/2009 | Golden State Legal Copy (Printing) | $103.54 |
| 4/8/2009 | Golden State Legal Copy (Imaging) | $920.87 |
| 4/24/2009 | Golden State Legal Copy (Imaging) | $1,016.97 |
| 4/24/2009 | Golden State Legal Copy (Imaging) | $959.95 |
| 4/30/2009 | Golden State Legal Copy (Printing) | $521.13 |
| 5/1/2009 | Golden State Legal Copy (Imaging) | $144.85 |
| 5/21/2009 | IKON Office Solutions (Imaging) | $4,692.22 |
| 6/1/2009 | Golden State Legal Copy (Photocopies) | $400.22 |
| 6/2/2009 | Golden State Legal Copy (Photocopies) | $105.65 |
| 6/22/2009 | IKON Office Solutions (Imaging) | $2,737.08 |
| 6/25/2009 | Golden State Legal Copy (Imaging) | $27.45 |
| 6/30/2009 | IKON Office Solutions (Imaging) | $2,731.70 |
| 7/1/2009 | Golden State Legal Copy (Printing) | $99.60 |
| 7/9/2009 | Golden State Legal Copy (Printing) | $46.65 |
| 7/21/2009 | Golden State Legal Copy (Imaging) | $42.65 |
| 7/23/2009 | Golden State Legal Copy (Printing) | $32.32 |
| 7/24/2009 | Golden State Legal Copy (Photocopies) | $192.50 |
| 7/25/2009 | Golden State Legal Copy (Photocopies) | $1,207.73 |
| 7/30/2009 | IKON Office Solutions (Photocopies) | $280.87 |
| 8/3/2009 | Golden State Legal Copy (Photocopies) | $588.02 |
| 8/4/2009 | Golden State Legal Copy (Photocopies) | $231.26 |
| 8/7/2009 | Golden State Legal Copy (Photocopies) | $191.84 |
| 8/10/2009 | Leonard W. Buckley, Jr., P.C. (Photocopies) | $107.52 |
| 8/18/2009 | Golden State Legal Copy (Printing) | $628.09 |
| 9/4/2009 | Golden State Legal Copy (Photocopies) | $370.01 |
| 9/8/2009 | Golden State Legal Copy (Photocopies) | $384.18 |
| 9/11/2009 | Golden State Legal Copy (Photocopies) | $179.55 |
| 9/29/2009 | Golden State Legal Copy (Photocopies) | $818.26 |
| 10/15/2009 | Digital One Legal Solutions (Printing) | $1,623.44 |
| 11/24/2009 | IKON Office Solutions (Imaging) | $276.33 |
| 1/19/2010 | IKON Office Solutions (Imaging) | $2,995.28 |
| 1/29/2010 | IKON Office Solutions (Photocopies) | $8,566.39 |
| 2/17/2010 | IKON Office Solutions (Photocopies) | $2,947.90 |

**Grand Total:** $38,205.62



811

 **ALC**
LEGAL TECHNOLOGIES

## Please Pay From This Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/9/2008 | 58993 |

**BILL TO**

Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111
415-391-5400
Attn: Elenita (A/P)

**PLEASE PAY**

ALC Legal Technologies
333 Bush Street, Suite 400
San Francisco, CA 94104
415-777-4449
Tax ID # 94-3364812

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 0807401800 | Due Upon Receipt | TB | 7/9/2008 | Jackie H. | Shanahan |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|----------|-------------|------|--------|
| | Requestor:Jackie H.<br>Case: Shanahan<br>Re:Scan to S-P TIFFs; OCR; capture bates; Load opticon file; provide 1 concordance deliverable<br>Volume:SHANAHAN009 | | |
| 3,087 | Standard Litigation Scanning @ $.16/page | | 493.92T |
| 3,087 | Bates Number Capture (at scan) @ $.02/page | | 61.74T |
| 3,087 | OCR - Optical Character Recognition @ $.06/page | | 185.22T |
| 1 | Master CD (Produced with project) | | 25.00T |
| 1 | Archive CD/DVD (produced with project) | | 10.00T |
| | Subtotal | | 775.88 |

PAID
AUG 2 1 2008
CL 39278

POSTED
JUL 3 0 2008
KEKER & VAN NEST, LLP

| | | Sales Tax (8.5%) | $65.95 |
|--|--|------------------|--------|
| Received & Approved | Date | **TOTAL** | **$841.83** |

8'1                                                                    *Shanahan*

 **ALC**
LEGAL TECHNOLOGIES

### Please Pay From This Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/14/2008 | 59051 |

<table>
<tr><td>

**BILL TO**

Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111
415-391-5400
Attn: Elenita (A/P)

</td><td>

**PLEASE PAY**

ALC Legal Technologies
333 Bush Street, Suite 400
San Francisco, CA 94104
415-777-4449
Tax ID # 94-3364812

</td></tr>
</table>

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 0807403400 | Due Upon Receipt | TB | 7/14/2008 | Gary P. | Shanahan |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|----------|-------------|------|--------|
| | Requestor: Gary P.<br>Re: Convert to S-P TIFFs; Capture bates; OCR; unitize docs per client provided ranges; Provide 1 concordance deliverable<br>Volume: SHANAHAN010<br>Image Range:ESSI 34018-ESSI 36868 | | |
| 49 | Bates Number Capture (at scan) @ $.02/page | | 0.98T |
| 49 | Convert TIFF to PDF/PDF to TIFF @ $.04/page | | 1.96T |
| 49 | OCR - Optical Character Recognition @ $.06/page | | 2.94T |
| 0.25 | Mid-Level Tech Time @ $150/hour(Unitizing docs per client provided ranges) | | 37.50T |
| 1 | Master CD (Produced with project) | | 25.00T |
| 1 | Archive CD/DVD (produced with project) | | 10.00T |
| | Subtotal | | 78.38 |

***Thank You for Your Business***

PAID
AUG 2 1 2008
CK 39278

POSTED
JUL 3 0 2008
KEKER & VAN NEST, LLP

-CONVERSION OF GOV'T PRODUCTION FOR CONCORDANCE PRODUCTION DATABASE — SHANAHAN OK - Gmp

| | Sales Tax (8.5%) | | $6.66 |

| Received & Approved | | Date 7/15/08 | **TOTAL** | **$85.04** |



**IKON Document Efficiency At Work™**

# INVOICE

IKON Office Solutions - St Louis, MO
Phone: (314) 241-0444    Fax: (314) 241-2678
Federal ID: 230334400

| | |
|---|---|
| Invoice # | STL09030085 |
| Invoice Date: | 03/16/2009 |
| Due Date: | 03/26/2009 |
| Terms: | Net 10 Days |
| Customer Code: | STL-KKV |
| Natl ID: | 42415 |

**BILL TO:**
KEKER & VAN NEST LLP
710 Sansome St.
SAN FRANCISCO, CA 94111

**SHIP TO:**
KEKER & VAN NEST LLP
710 Sansome St.
SAN FRANCISCO, CA 94111

Attn: Dawn Curran

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC DOCUMENTS | *SHANAHAN* | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0903-0081 | 03/16/2009 | Dawn Curran - KEKER & VAN NEST LLP | | | | |
| | | B&W Copies D - Heavy Litigation | 1,396.00 | 0.1200 | | 167.52 |



APR 23 2009

POSTED
MAR 3 0 2009
KEKER & VAN NEST, LLP

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 167.52 |
| | Sales Tax: | 14.24 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **181.76** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

*A/c 50300 client*

Received and Accepted by: _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
KEKER & VAN NEST LLP
710 Sansome St.
SAN FRANCISCO, CA 94111

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** STL09030085
Invoice Date: 03/16/2009
Due Date: 03/26/2009
Customer Code: STL-KKV
Natl ID: 42415

**Please Remit To:**
**IKON Office Solutions**
Dallas District - STL
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS AMOUNT  $  181.76**

8 40



# Golden State

## L E G A L

Your Trusted Source for Litigation Support!

*Shanahan*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 3/25/2009 | 26396 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

## Bill To:

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie H |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Detailed Special Instructions | | |
| | Redact Privileged Documents, Do Not Scan Red Flagged documents, Scan Tabs | | |
| 2,892 | Scanning/Imaging | 0.15 | 433.80 |
| 1,409 | Electronic Bates Numbering | 0.01 | 14.09 |
| 1,508 | Bates Capture - Match Bates | 0.02 | 30.16 |
| 2,917 | Optical Character Recognition | 0.06 | 175.02 |
| 25 | Convert Native Files to TIF | 0.06 | 1.50 |
| 4 | Hours Coding and Redacting | 65.00 | 260.00 |
| 3 | Provide CD's W001 & LCK001, MFSJR001, HM001 | 20.00 | 60.00T |
| | Revision MFSJR001 | | |
| 1,281 | Electronic Bates Numbering | 0.02 | 25.62 |
| | 1281 pages/143 documents | | |
| 1 | Provide CD to client | 20.00 | 20.00T |
| | Delivered back 3/25/09 | | |
| | 10% Off for March Madness | -102.02 | -102.02 |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID
APR 23 2009
Ck 41734

PAID
APR 30 2009
KEKER VAN NEST, LLP

| | Sales Tax (8.5%) | $6.80 |
|---|------------------|-------|

Received By: *Mark Gomes*

| Total | $924.97 |
|-------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

840

 *Shanahan*

| Date | Invoice # |
|------|-----------|
| 4/7/2009 | 26587 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

### Bill To:

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 788 | Documents Received VIA FTP Site<br>*** ONE SET ***<br>Blowback Printing<br>Staple Documents<br>Due Wednesday 4/08/09<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 94.56T |

*ok Potthoff depo prep*

PAID
MAY 2 2009

| | Sales Tax (9.5%) | $8.98 |
|---|---|---|

Received By: *[signature]*

| **Total** | $103.54 |
|---|---|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

_Shanahan_



# Golden State

L E G A L

**Your Trusted Source for Litigation Support!**

## INVOICE

| Date | Invoice # |
|------|-----------|
| 4/8/2009 | 26609 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie · |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | 2 Boxes of Original Documents | | |
| 4,237 | Scans to Single-Page .TIFs | 0.15 | 635.55 |
| 4,237 | Bates Capture | 0.02 | 84.74T |
| 4,237 | Optical Character Recognition | 0.04 | 169.48 |
| 1 | CD Provided | 20.00 | 20.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
| | Due 9:00 A.M. Thursday 4/09/09 | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

_Landmann doc prod._

MAY 2 2009

| | | Sales Tax (9.5%) | $10.05 |
|---|---|------------------|--------|

**Received By:**

| | **Total** | $920.87 |
|---|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



*8v0*


# Golden ⚖ State
### L E G A L
**Your Trusted Source for Litigation Support!**

| Date | Invoice # |
|------|-----------|
| 4/24/2009 | 26811 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Bill To: |
|----------|
| Keker Van Nest, LLP |
| 710 Sansome Street |
| San Francisco, California 94133 |

| Billing # | Contact |
|-----------|---------|
| SHANAHAN | Noah Swithers |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 24,848 | Convert Native Files to TIF | 0.04 | 993.92 |
| 1 | DVD Created | 20.00 | 20.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
|  | Due: 9:00 A.M. |  |  |
|  |  |  |  |
|  | THANK YOU FOR YOUR BUSINESS!!! |  |  |

PAID MAY 2 1 2009

|  | Sales Tax (9.5%) | | $2.00 |
|--|------------------|--|-------|

**Received By:** 

| **Total** | $1,016.97 |
|-----------|-----------|

**TERMS:** This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



# Golden State

## L E G A L

**Your Trusted Source for Litigation Support!**



# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/24/2009 | 26826 |

### Bill To:

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| SHANAHAN | Noah Swithers |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 23,012 | Convert Native Files to PDF | 0.04 | 920.48 |
| 1 | Deliverable: DVD | 35.00 | 35.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
| | ASAP!!! | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |



|  | Sales Tax (9.5%) | $3.42 |
|--|------------------|-------|
| Received By: | **Total** | $959.95 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.





L E G A L

Your Trusted Source for Litigation Support!

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 4/30/2009 | 26902 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Bill To: |
|----------|
| Keker Van Nest, LLP |
| 710 Sansome Street |
| San Francisco, California 94133 |

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 3,966 | Documents Received VIA FTP Site<br>*** 2 SETS ***<br>Blowback Printing<br>Staple/Clip per Document<br>Due 9:30 A.M. Friday 5/12/09<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 475.92T |

PAID
MAY 2 1 2009
POSTED
APR 3 0 2009
KEKER & VAN NEST, LLP

| | Sales Tax (9.5%) | $45.21 |
|---|---|---|
| Received By: | **Total** | **$521.13** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.





840

# INVOICE

| Date | Invoice # |
|------|-----------|
| 5/1/2009 | 26922 |

Your Trusted Source for Litigation Support!

| Bill To: |
|----------|
| Keker Van Nest, LLP<br>710 Sansome Street<br>San Francisco, California 94133 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Detailed Special Instructions per Post-its | | |
| | Do Not Scan Red Flagged Documents | | |
| 538 | Scans to Single Page TIFs (98 Documents) | 0.15 | 80.70 |
| | Remove/Replace Post-it Notes | | |
| | Re-staple/Re-clip Originals | | |
| 538 | Optical Character Recognition | 0.04 | 21.52 |
| 420 | Bates Capture | 0.04 | 16.80T |
| 118 | Electronic Endorsing | 0.01 | 1.18 |
| 1 | CD Provided | 20.00 | 20.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
| | Due Monday 5/4/09 9:30 A.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

ok
c# prep docs from SEC for database

PAID
JUN 18 2009
ck 42176

POSTED
MAY 3 0 2009
KEKER & VAN NEST LLP

| | Sales Tax (9.5%) | $3.60 |
|--|------------------|-------|

Received By: Mark Gomes

| **Total** | $144.85 |
|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

**IKON** Document Efficiency At Work.™
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | SAF09050470 |
| Invoice Date: | 05/21/2009 |
| Due Date: | 05/31/2009 |
| Terms: | Net 10 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

IKON Office Solutions - San Francisco, CA
Phone: (415)392-6850    Fax: (415)439-5887
Federal ID: 230334400

BILL TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

SHIP TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: JACQUIE HARTMANN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SHANAHAN | — | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0905-0199 | 05/12/2009 | JACQUIE HARTMANN - KEKER & VAN NEST LLP | | | | |
| | | DVD - Duplication(s) | 2.00 | 25.0000 | | 50.00 |
| | | CD - Duplication(s) | 4.00 | 15.0000 | | 60.00 |
| | | Bates Capture | 14,397.00 | 0.0300 | | 431.91 |
| | | OCR | 14,397.00 | 0.0300 | | 431.91 |
| | | Image Capture D - Heavy | 14,397.00 | 0.1600 | | 2,303.52 |
| | | Grade B LDD | 14,397.00 | 0.0700 | | 1,007.79 |

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 4,285.13 |
| Sales Tax: | 407.09 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **4,692.22** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _21|09_

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
|---|
| $ |

Invoice: **SAF09050470**
Invoice Date: **05/21/2009**
Due Date: **05/31/2009**
Customer Code: **SAF-KEKE**
Natl ID: **42415**

Please Remit To:
**IKON Office Solutions**
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

PAY THIS
AMOUNT   $   4,692.22

840



# Golden State
L E G A L

Your Trusted Source for Litigation Support!

*Shanahan*

## INVOICE

| Date | Invoice # |
|------|-----------|
| 6/1/2009 | 27232 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie H |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | 4 Original Binders | | |
| | *** ONE SET *** | | |
| 1,707 | Litigation Copies | 0.15 | 256.05T |
| | Insert Tabs into Copies | | |
| 100 | Tabs Inserted | 0.35 | 35.00T |
| 39 | Custom/High # Tabs | 0.55 | 21.45T |
| | 3-Hole Drill Copies | | |
| | Insert Copies into Binders | | |
| 4 | 3" D-Ring Binders | 12.50 | 50.00T |
| 4 | Insert Spine Labels | 0.75 | 3.00T |
| | Re-bind Originals | | |
| | Due 5:00 P.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID
JUL 23 2009
CK 42452

POSTED
JUN 3 0 2009
KEKER & VAN NEST, LLP

| | Sales Tax (9.5%) | $34.72 |
|--|------------------|--------|

| Received By: | **Total** | $400.22 |
|--------------|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

840



# Golden State
## L E G A L
Your Trusted Source for Litigation Support!

*Shanahan*

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 6/2/2009 | 27249 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary P |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 536 | Follow Detailed Special Instructions<br>Copy Red Flagged Documents x 4 / Green Flagged Documents x 2<br>Litigation Copies<br>Remove/Replace Flags<br>Staple Copies<br>Re-staple/Re-clip Originals<br>Clip Copies behind Original<br>Due 3:00 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.18 | 96.48T |

PAID
JUL 23 2009
ck 42452

| | | Sales Tax (9.5%) | $9.17 |
|---|---|---|---|
| Received By: | | **Total** | $105.65 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

_Shanahan_



**Document Efficiency**
**At Work.**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | SAF09060513 |
| Invoice Date: | 06/22/2009 |
| Due Date: | 07/02/2009 |
| Terms: | Net 10 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850   Fax: (415) 439-5887
Federal ID: 230334400

**BILL TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

**SHIP TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: JOSH MAREMONT

_JM - OK_
_6-23-2009_

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC V SHANAHAN | | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0317 | 06/15/2009 | JOSH MAREMONT - KEKER & VAN NEST LLP | | | | |
| | | DVD - Master | 1.00 | 50.0000 | | 50.00 |
| | | Technical Services (hr) | 1.00 | 150.0000 | | 150.00 |
| | | E-Labels Endorsement | 15,441.00 | 0.0150 | | 231.62 |
| | | Tiff/Text/Meta/Native | 1.88 | 1,100.0000 | | 2,068.00 |

**PAID JUL 23 2009**

| | Please Pay From This Invoice | | |
|---|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 2,499.62 |
| | Sales Tax: | 237.46 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **2,737.08** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
|---|
| $ |

**Invoice:** SAF09060513
Invoice Date: 06/22/2009
Due Date: 07/02/2009
Customer Code: SAF-KEKE
Natl ID: 42415

**Please Remit To:**
**IKON Office Solutions**
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS**
**AMOUNT** $ 2,737.08



840



## Golden State
### L E G A L

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/25/2009 | 27606 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Bill To: |
|----------|
| Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133 |

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary P |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 22 | Scanning/Imaging | 0.15 | 3.30 |
| 22 | Electronic Endorsing | 0.01 | 0.22 |
| 22 | Optical Character Recognition | 0.04 | 0.88 |
| 1 | CD Provided | 20.00 | 20.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
| | Due Friday 6/26/09 9:30 A.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

JUL 23 2009

Ck 42452

POSTED
JUN 30 2009
KEKER & VAN NEST, LLP

| | Sales Tax (9.5%) | $2.00 |
|---|------------------|-------|
| Received By: | **Total** | $27.45 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**INVOICE**

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850    Fax: (415) 439-5887
Federal ID: 230334400

| | |
|---|---|
| Invoice # | SAF09060774 |
| Invoice Date: | 06/30/2009 |
| Due Date: | 07/10/2009 |
| Terms: | Net 10 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

BILL TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

*JPM - OK*
*7-2-2009*

SHIP TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: JOSH MAREMONT

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC V. SHANAHAN | LDD & CODING | CHICAGO SEC DOCS | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0906-0648 | 06/29/2009 | JOSH MAREMONT - KEKER & VAN NEST LLP | | | | |
| | | File Renaming | 10,378.00 | 0.0100 | | 103.78 |
| | | Bates Capture Grade B | 10,378.00 | 0.0200 | | 207.56 |
| | | Image Conversion (Multi to Single) | 10,378.00 | 0.0200 | | 207.56 |
| | | OCR+OCR Append | 10,378.00 | 0.0300 | | 311.34 |
| | | Grade B LDD | 10,378.00 | 0.0700 | | 726.46 |
| | | Custom Coding | 2,345.00 | 0.4000 | | 938.00 |


PAID
JUL 23 2009

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 2,494.70 |
| Sales Tax: | 237.00 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 2,731.70 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

Payment From:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
|---|
| $ |

Invoice: **SAF09060774**
Invoice Date: **06/30/2009**
Due Date: **07/10/2009**
Customer Code: **SAF-KEKE**
Natl ID: **42415**

Please Remit To:
**IKON Office Solutions**
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT** $ **2,731.70**



*840* *Shanahan*

# INVOICE

**Golden State**
L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 7/1/2009 | 27658 |

### Bill To:

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jackie Hartmann |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 758 | Documents Received VIA E-Mail<br>*** ONE SET ***<br>Blowback Printing<br>Staple Copies per Document<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 90.96T |

*Thompson Coburn depo prep*

PAID
AUG 20 2009

| | Sales Tax (9.5%) | $8.64 |
|---|---|---|
| Received By: | **Total** | $99.60 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

 _Shanahan_



## Golden State

L E G A L

Your Trusted Source for Litigation Support!

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie Hartman |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 355 | *** ONE SET ***<br>Blowback Printing<br>Staple Documents<br>ASAP!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 42.60T |

_Brent Vangelberg_

_Shanahan Depo Prep._

PAID
SEP 17 2009

POSTED
AUG 30 2009

| | Sales Tax (9.5%) | | $4.05 |
|--|------------------|--|-------|
| **Received By:** | | **Total** | $46.65 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred..

8





# L E G A L

## Your Trusted Source for Litigation Support!

**INVOICE**

| Date | Invoice # |
|------|-----------|
| 7/21/2009 | 27940 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie H |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 98 | Scans to Multi-Page .TIFs | 0.15 | 14.70 |
| 98 | Electronic Endorsing | 0.01 | 0.98 |
|  | HARSIN0001 - 0098 |  |  |
| 98 | Optical Character Recognition | 0.04 | 3.92 |
| 1 | CD Provided | 20.00 | 20.00T |
| 1 | Custom CD/DVD Label | 0.45 | 0.45T |
| 1 | CD/DVD Jewel Case | 0.60 | 0.60T |
|  | Due Wednesday 7/22/09 10:00 A.M. |  |  |
|  |  |  |  |
|  | THANK YOU FOR YOUR BUSINESS!!! |  |  |

PAID AUG 20 2009

| | Sales Tax (9.5%) | | $2.00 |
|---|---|---|---|
| **Received By:** | | **Total** | $42.65 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

 8 40 *Shanahan*

# INVOICE


**Golden State**
L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 7/23/2009 | 27993 |

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Jacquie |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 246 | Documents Received VIA E-Mail<br>*** ONE SET ***<br>Blowback Printing<br>Staple Copies<br>Delivered ASAP!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 29.52T |

*Process Harsin docs for database*

PAID AUG 20 2009

POSTED

| | Sales Tax (9.5%) | | $2.80 |
|---|---|---|---|
| **Received By:** _____ | | **Total** | $32.32 ✓ |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

_8½0_  _Shanahan_




L E G A L

Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/24/2009 | 28005 |

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1,172 | Follow Special Instructions<br>Each Folder to Have Documents<br>Litigation Copies<br>Convert 2-sided to 1-sided<br>Staple Copies as Originals<br>Re-staple Originals<br>Due 3:30 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.15 | 175.80T |

AUG 20 2009

| | Sales Tax (9.5%) | $16.70 |
|---|---|---|
| Received By: | **Total** | $192.50 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

840



*Shanahan*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/25/2009 | 28012 |

Your Trusted Source for Litigation Support!

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 7,353 | Follow Special Instructions<br>Each Folder to Have 5 Total Copies Including Original Documents<br>Litigation Copies<br>Convert 2-sided to 1-sided<br>Staple Copies<br>Staple Originals<br>Rubber Band Copies<br>Due: 07/25/09 @ 4:30 P.M.<br>Deliver 3 Boxes to Fedex<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.15 | 1,102.95T |

*duplicate Bush & Saint
depo extra*

*OK*

AUG 20 2009

POSTED

| | Sales Tax (9.5%) | $104.78 |
|---|---|---|
| Received By: | **Total** | $1,207.73 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**IKON** Document Efficiency At Work.®
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | SAF09070663 |
| Invoice Date: | 07/30/2009 |
| Due Date: | 08/09/2009 |
| Terms: | Net 10 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850   Fax: (415) 439-5887
Federal ID: 230334400

**BILL TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

**SHIP TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: JACQUIE HARTMANN

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC V. SHANAHAN | -- | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0907-0541 | 07/24/2009 | JACQUIE HARTMANN - KEKER & VAN NEST LLP | | | |
| | | Prints w/ Assembly | 2,565.00 | 0.1000 | 256.50 |



*duplication of depos atts in St. Louis*

POSTED
JUL 3 0 2009
KEKER & VAN NEST LLP

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 256.50 |
| Sales Tax: | 24.37 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

| **PAY THIS AMOUNT** | **$** | **280.87** |
|---|---|---|

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| **Amount Enclosed** |
|---|
| **$** |

**Invoice:** SAF09070663
Invoice Date: 07/30/2009
Due Date: 08/09/2009
Customer Code: SAF-KEKE
Natl ID: 42415

**Please Remit To:**
IKON Office Solutions
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT   $   280.87**

8 40



*Shanahan*
### INVOICE

| Date | Invoice # |
|------|-----------|
| 8/3/2009 | 28114 |

Your Trusted Source for Litigation Support!

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 3,580 | Follow Special Instructions<br>Each Folder to Have 5 Copies<br>*** 4 SETS ***<br>Uncollated Copies<br>Remove/Replace Post-it Notes/Flags<br>Litigation Copies<br>Staple/Clip Copies as Originals<br>Re-staple/Re-clip Originals<br>ASAP!!!<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.15 | 537.00T |

SEP 2009

| | **Sales Tax (9.5%)** | $51.02 |
|--|--|--|
| Received By: | **Total** | $588.02 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

84 *Shanahan*



| Date | Invoice # |
|------|-----------|
| 8/4/2009 | 28133 |

### Your Trusted Source for Litigation Support!

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan  Depo Prep - Kreher | Jackie H |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1,408 | Follow Special Instructions<br>Each Folder to Have 5 Copies<br>Convert 2-sided to 1-sided<br>Litigation Copies<br>Staple Copies & Originals<br>Due 4:30 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.15 | 211.20T |

PAID SEP 17 2009

| | Sales Tax (9.5%) | $20.06 |
|---|---|---|
| Received By: | **Total** | **$231.26** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

840



## Golden State
### L E G A L
Your Trusted Source for Litigation Support!

*Shanahan*

### Bill To:

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | | Contact |
|-----------|--|---------|
| Shanahan *Depo Exhibits* | | Jacquie H. |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1,168 | One Original Binder<br>*** 4 SETS ***<br>Litigation Copies<br>Uncollated Copies<br>Staple/Clip Copies as Originals<br>Re-staple/Re-clip Originals<br>Insert Copies into Provided Corresponding Folders<br>Due: 08/07/09 @ 2:30 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.15 | 175.20T |

| | | Sales Tax (9.5%) | $16.64 |
|--|--|------------------|--------|
| Received By: | | **Total** | $191.84 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

Leonard W. Buckley, Jr., P.C.
133 South 11th Street, Suite 350
St. Louis, MO 63102
(314) 421-1008
fax: (314) 231-9552

August 10, 2009

RECEIVED

AUG 1 2 2009

KEKER & VAN NEST

Stuart L. Gasner
Keker & Van Nest LLP
710 Sansone Street
San Francisco, CA 94111-1704

RE:  SEC v Shanahan
Deposition of John Wichlenski

*********************************************************************

**S T A T E M E N T**

The following legal services were rendered to your account through August 5, 2009:

Document copies:

| | |
|---|---|
| 1 electronic copy: 168 copies @ $.08/copy: | $ 13.44 |
| 4 sets of photocopies: 672 copies @ $.14/copy: | $ 94.08 |

**Total Due:**                        $107.52  ✓ *A/c000 clari case*

*OK to pay
per SLG*

POSTED
AUG 3 0 2009
KEKER & VAN NEST, LLP



PAID

SEP  3 2009



84)

*Shanahan*

**Golden State**
L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 8/18/2009 | 28309 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

| Billing # | | Contact |
|-----------|---|---------|
| Shanahan - Depoprep | | Jennifer Jackson |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| 4,780 | Documents Received Via-Email<br>*** ONE COPY SET ***<br>Blowback Printing<br>Staple Copies Per Document<br>Due: 5:00 P.M.<br><br>THANK YOU FOR YOUR BUSINESS!!! | 0.12 | 573.60T |

AUG 3 0 2009

OK

| | | | |
|---|---|---|---|
| | | **Sales Tax (9.5%)** | $54.49 |
| Received By: | | **Total** | $628.09 |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

84º



L E G A L

Your Trusted Source for Litigation Support!

# INVOICE

*Shanahan*

| Date | Invoice # |
|------|-----------|
| 9/4/2009 | 28550 |

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| *Shanahan* | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Special Instructions | | |
| | *** ONE SET *** | | |
| 633 | Litigation Copies | 0.15 | 94.95T |
| | Staple/Clip Copies as Originals | | |
| | Intensive Stapling and Re-stapling | | |
| | Re-staple/Re-clip Originals | | |
| | Insert Tabs into Copies & Originals | | |
| 200 | Tabs Inserted | 0.35 | 70.00T |
| 46 | Custom/High # Tabs | 0.55 | 25.30T |
| | 3-Hole Drill Copies | | |
| | Insert Copies into Binder | | |
| 1 | 5" D-Ring Binder | 33.50 | 33.50T |
| | Due Saturday 9/5/09 1:00 P.M. | | |
| | Deliver to Michael Celio (650 856-7442) | | |
| | 3600 Evergreen Dr. | | |
| | Palo Alto | | |
| | Messenger Service | 125.00 | 125.00 |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID
OCT 22 2009

POSTED
SEP 3 0 2009
K...

| | | Sales Tax (9.5%) | $21.26 |
|--|--|------------------|--------|

Received By: *Mark Ames*

**Total** $370.01

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

*Shanahan*



# Golden State
## L E G A L
Your Trusted Source for Litigation Support!

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/11/2009 | 28644 |

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | *** 3 SETS *** | | |
| | Uncollated Copies | | |
| 1,206 | Litigation Copies | 0.12 | 144.72T |
| | Staple Copies | | |
| 35 | Create Labels 1 - 35 & Apply to Provided Manila Folders | 0.55 | 19.25T |
| | Insert Uncollated Copies into Folders | | |
| | Re-bind Originals | | |
| | Due 2:00 P.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID
OCT 22 2009

POSTED
SEP 30 2009

| | Sales Tax (9.5%) | | $15.58 |
|---|------------------|---|--------|

Received By: *Mark Gines*

**Total** | $179.55

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



*Shanahan*

# INVOICE

| Date | Invoice # |
|------|-----------|
| 9/8/2009 | 28573 |

**Golden State** LEGAL

Your Trusted Source for Litigation Support!

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| *SHANAHAN* | Gary Padilla |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Special Instructions for Tabs 1 - 120 | | |
| | *** 3 SETS *** | | |
| | Uncollated Copies | | |
| 1,899 | Litigation Copies | 0.15 | 284.85T |
| | Staple/Clip Copies as Originals | | |
| | Intensive Stapling and Clipping | | |
| | Insert Copies into Provided Folders | | |
| 120 | Create Labels & Apply to Folders | 0.55 | 66.00T |
| | Re-staple/Re-clip Originals | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID OCT 22 2009

POSTED SEP 30 2009 KEKER VAN NEST P

| | Sales Tax (9.5%) | | $33.33 |
|---|---|---|---|

| Received By: | | **Total** | $384.18 |
|--------------|--|-----------|--------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



840 Shanahan

# Golden State LEGAL

Your Trusted Source for Litigation Support!

## INVOICE

| Date | Invoice # |
| --- | --- |
| 9/29/2009 | 28863 |

**Bill To:**

Keker Van Nest, LLP
710 Sansome Street
San Francisco, California 94133

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
| --- | --- |
| Shanahan | Gary Padilla |

| QTY | Description | Rate | Amount |
| --- | --- | --- | --- |
| | *** 4 SETS *** | | |
| | Uncollated Copies | | |
| 3,544 | Litigation Copies | 0.12 | 425.28T |
| | Staple/Clip Copies as Originals | | |
| | Re-staple/Re-clip Originals | | |
| | Insert Tabs into Originals per Document | | |
| 106 | Tabs Inserted | 0.35 | 37.10T |
| 65 | High # Tabs | 0.55 | 35.75T |
| | Insert Uncollated Copies into Folders per Tab | | |
| 171 | Manilla Folders | 0.75 | 128.25T |
| 171 | Create Labels & Apply to Folders | 0.55 | 94.05 |
| | Insert Originals into Binders | | |
| 1 | 3" D-Ring Binder | 12.50 | 12.50T |
| 1 | 4" D-Ring Binder | 19.50 | 19.50T |
| 2 | Create & Insert Spine Labels & Cover Pages | 1.50 | 3.00T |
| | Due 4:00 P.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

PAID
OCT 22 2009

POSTED
SEP 3 0 2009
KEKER & VAN NEST, LLP

| | Sales Tax (9.5%) | | $62.83 |
| --- | --- | --- | --- |

**Received By:**

| | **Total** | | **$818.26** |
| --- | --- | --- | --- |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**DIGITAL One**
Legal Solutions

220 Montgomery St. Suite 370
San Francisco, CA 94104
Phone:    415-986-0111
Fax:        415-986-0633
Tax I.D.#  94-3173178

Bill To:    Keker & Van Nest LLP
            710 Sansome Street
            San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF09-100298**

Invoice Date
Oct 15, 2009

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| SHANAHAN | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Toni Brazil | Jacquie Hartmann | 10/13/09 | 10/13/09 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 9,657 | 37 Sets of B/W Blowbacks | 0.1200 | 1,158.84 |
| 888 | Regular Tabs | 0.2500 | 222.00 |
| 37 | Depo Bind | 2.7500 | 101.75 |

PAID NOV 19 2009 ck 43432

|  |  |
|---|---|
| Subtotal | 1,482.59 |
| Sales Tax | 140.85 |
| Total Invoice Amount | 1,623.44 |
| Payment/Credit Applied | |
| **TOTAL** | **1,623.44** |

**Received By:** _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*

# INVOICE

**IKON** Document Efficiency At Work.®
*A RICOH COMPANY*

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850    Fax: (415) 439-5887
Federal ID: 230334400

| | |
|---|---|
| Invoice # | SAF09110615 |
| Invoice Date: | 11/24/2009 |
| Due Date: | 12/24/2009 |
| Terms: | Net 30 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

BILL TO:

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

SHIP TO:

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: GARY PADILLA

Price using: KEKER & VAN NEST LLP Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Shanahan | | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0147 | 11/06/2009 | GARY PADILLA - KEKER & VAN NEST LLP | | | | |
| | | Image Capture D - Heavy | 1,256.00 | 0.1400 | | 175.84 |
| | | E-Labels Endorsement | 1,256.00 | 0.0150 | | 18.84 |
| | | CD - Master(s) | 1.00 | 20.0000 | | 20.00 |
| | | OCR | 1,256.00 | 0.0300 | | 37.68 |



### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 252.36 |
| Sales Tax: | 23.97 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 276.33 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
|---|
| $ |

Invoice: **SAF09110615**
Invoice Date: **11/24/2009**
Due Date: **12/24/2009**
Customer Code: **SAF-KEKE**
Natl ID: **42415**

Please Remit To:
IKON Office Solutions
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT** $ 276.33



**Document Efficiency
At Work**
A IKON COMPANY

# INVOICE

| Invoice # | SAF10010401 |
| --- | --- |
| Invoice Date: | 01/19/2010 |
| Due Date: | 02/18/2010 |
| Terms: | Net 30 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850    Fax: (415) 439-5887
Federal ID: 230334400

**BILL TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

**SHIP TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: GARY PADILLA

Price using: KEKER & VAN NEST LLP Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
| --- | --- | --- | --- |
| SEC v. Shannahan | | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
| --- | --- | --- | --- | --- | --- | --- |
| SO-1001-0180 | 01/08/2010 | GARY PADILLA - KEKER & VAN NEST LLP | | | | |
| | | Image Capture D - Heavy | 17,493.00 | 0.1400 | | 2,449.02 |
| | | File Folder Capture | 1,232.00 | 0.2000 | | 246.40 |
| | | CD - Master(s) | 2.00 | 20.0000 | | 40.00 |

**PAID**
FEB 18 2010

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| Taxable Sales: | 2,735.42 |
| --- | --- |
| Sales Tax: | 259.86 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **2,995.28** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
| --- |
| $ |

**Invoice:** SAF10010401
Invoice Date: 01/19/2010
Due Date: 02/18/2010
Customer Code: SAF-KEKE
Natl ID: 42415

**Please Remit To:**
**IKON Office Solutions**
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS
AMOUNT** $ **2,995.28**



**Document Efficiency At Work.**
*A RICOH COMPANY*

# INVOICE

| | |
|---|---|
| Invoice # | SAF10010686 |
| Invoice Date: | 01/29/2010 |
| Due Date: | 02/28/2010 |
| Terms: | Net 30 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850     Fax: (415) 439-5887
Federal ID: 230334400

**BILL TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

**SHIP TO:**
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: GARY PADILLA

Price using: KEKER & VAN NEST LLP Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC v. Shanahan | | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1001-0488 | 01/22/2010 | GARY PADILLA - KEKER & VAN NEST LLP | | | | |
| | | B&W Copies D - Heavy Litigation | 1,761.00 | 0.1400 | | 246.54 |
| | | Tabs (Alpha/Numeric) | 85.00 | 0.2500 | | 21.25 |
| | | Prints w/ Assembly | 50,305.00 | 0.0800 | | 4,024.40 |
| | | Binder - D Ring 4" | 72.00 | 27.5000 | | 1,980.00 |
| | | Tabs (Custom) | 2,976.00 | 0.5000 | | 1,488.00 |
| | | Binds - GBC | 42.00 | 1.5000 | | 63.00 |

*POSTED*
*JAN 3 0 2010*
*KEKER & VAN NEST, LLP*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 7,823.19 |
| Sales Tax: | 743.20 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 8,566.39 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| **Amount Enclosed** |
|---|
| $ |

Invoice: SAF10010686
Invoice Date: 01/29/2010
Due Date: 02/28/2010
Customer Code: SAF-KEKE
Natl ID: 42415

**Please Remit To:**
**IKON Office Solutions**
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT** $ 8,566.39



81✓

*Shanahan*

**IKON** Document Efficiency At Work.
A RICOH COMPANY

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850    Fax: (415) 439-5887
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | SAF10020404 |
| Invoice Date: | 02/17/2010 |
| Due Date: | 03/19/2010 |
| Terms: | Net 30 Days |
| Customer Code: | SAF-KEKE |
| Natl ID: | 42415 |

BILL TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

SHIP TO:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

Attn: GARY PADILLA

Price using: KEKER & VAN NEST LLP Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| SEC v. Shanahan | | | Barbaria, Ryan |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1002-0001 | 02/01/2010 | GARY PADILLA - KEKER & VAN NEST LLP | | | |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 316.00 | 0.0250 | 7.90 |
| 629 | Folders: Manila Folders - LTR | | 438.00 | 0.5000 | 219.00 |
| 634 | Tabs (Alpha/Numeric) | | 29.00 | 0.2500 | 7.25 |
| 728 | Prints w/ Assembly | | 27,496.00 | 0.0800 | 2,199.68 |
| 637 | Custom Tabs | | 68.00 | 0.5000 | 34.00 |
| 602 | Binds - GBC | | 4.00 | 1.5000 | 6.00 |
| 640 | Custom Label for Folders | | 438.00 | 0.5000 | 219.00 |

| Please Pay From This Invoice | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 30 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 2,684.93 |
| | Sales Tax: | 255.07 |
| | * Non-Taxable: | 7.90 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **2,947.90** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by *Maria Padia*    Date: 2/26/2010

> Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111

| Amount Enclosed |
|---|
| $ |

Invoice: **SAF10020404**
Invoice Date: 02/17/2010
Due Date: 03/19/2010
Customer Code: SAF-KEKE
Natl ID: 42415

Please Remit To:
IKON Office Solutions
LDS Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT  $  2,947.90**